IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

MAY 23 IS 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Korea Witcher Johnson                Case No. 2:06cv463 .MHT

    Vs.

Federal Bureau Of Investigation
P.O. Box 4040
Montgomery, Alabama 36103


                    Complaints


I, Korea Witcher Johnson like to state to the Federal Bureau Of

Imvestigation  that the kidnappers told the Federal Bureau Of

Investigation agents, Margaret Faulkner, and Sharon Ormsby not

to investigate the kidnapping of my five children because the

kidnappers did not want to face prosecution. The kidnappers plead

to the agents, Margaret Faulkner, and Sharon Ormsby not to listen

to me and my husband, Ronald Alfonzo Johnson, Sr., because of

this refusal to investigate the crimes against my five children who

were kidnap, and truancy laws were committed without the Federal

Bureau of Investigation to serve, protect , and seek justice for our

five children,  This would not have happen if the Federal Bureau of

Investigation would  have investigated.  As of today we are asking

the United States District Court for the Middle District of Alabama

Northern Division and the Federal Bureau Of  Investigation  for

justice for our five children. The Federal Bureau of  Investigation

agents, Margaret Faulkner and Sharon Ormsby refused  to take our

report for our five children. I, Korea Witcher Johnson went in

person, and had telephone conversation numerous times with

agents Margaret Faulkner, and Sharon Ormsby to help me with the

kidnapping of my five children case. Conspiracy, fraud, and

perjury are very strong with kidnappers. The kidnappers did not

allow the Federal Bureau of Investigation agents, Margaret

Faulkner and Sharon Ormsby to serve, protect, and seek justice for

our five children. I, Korea Witcher Johnson is sending to the

United States District Court for the Middle District Of Alabama

Northern Division and the Federal Bureau Of  Investigation:

1. School Records

2. Georgia Bureau of Investigation criminals history report. For Korea Witcher Johnson.

3. Records Search from Cobb County Probate Office

4. Cobb County Police Department criminal report. For Korea Witcher Johnson.

5. Record search for the county and the state. For Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson.

The records Searches and court records show evidence of kidnapping of our five children. No one have legal rights to cross state lines with our five children without a court order or the approval, consent, and permission of the father and mother Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson. Conspiracy is blocking all investigation for the kidnapping of our five children.

The Ku Klux Klan and hate groups illegally kidnapped our five

children: Geneva Ronda Johnson, Ronald Alfonzo Johnson Jr.,

Rona Johnson , Joshua , and Korea Johnson from their home at

1541 Willowbrook Drive, Atlanta, Georgia and from their Atlanta

Public Schools and taken across states lines of Alabama, Georgia,

Florida, Louisiana, and Mississippi without court justice and court

orders. We can not received court justice because of conspiracy.

Conspiracy overruled court justice. Our five children have been

illegally placed and false imprisonment and held against their will

by the Ku Klux Klan and hate groups in Mental Health Hospitals.

Our five children do not have a history of mental problems to be

held by their kidnappers, hate groups, and criminals. The reason

why we know they are the Ku Klux Klan, and hate groups because

no courts in the United States of America do not have court orders

to hold our five children and take them out of their home, schools,

and crossed states lines with them. We, Ronald Alfonzo Johnson,

Sr., and Korea Witcher Johnson are the legal biological father, and

mother of our five children. We, Ronald Alfonzo Johnson, Sr., and

Korea Witcher Johnson are one and only who have legal custody of our five children. Our main problem is that we can not find any Law Enforcement Agents to serve and protect our five children and we can not find no courts to seek court justice for us. The reason why our five children could not be served and protected and not received court justice because injustice is involve in this crime. As, soon as the Law Enforcement Agents and the courts find out that our five children were taken from Alabama, Georgia, Florida, Louisiana, and Mississippi injustice overruled justice. The rights for our five children to remain in their home at 1541 Willowbrook Drive, Atlanta, Georgia 30303, and their Atlanta Public Schools. The rights for our five children to remain in their jurisdiction for the State of Georgia. We, Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson we had no rights to pick up our five children from the Ku Klux Klan and hate groups. We, Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson did not give our approval, consent, and permission for the rights for anyone to give medical treatments, surgery and to change our son, Joshua Johnson name

on his State of Alabama birth certificate. The State of Alabama

Vital Records P.O.Box 5625 Montgomery, Alabama 36103, ( 334 )

206 – 2637 gave up our son, Joshua Johnson rights  should have

legal protected by the State of Alabama sealed. The State of

Alabama Vital Records refused to allow us to receive our son,

Joshua Johnson original birth certificate, The State of Alabama

stated to us in person and telephone conversation, that they can not

give us our son, Joshua Johnson birth certificate because we are

not the father, and mother of our son, Joshua Johnson and that they

never had a State of Alabama Vital Record exist for our son,

Joshua Johnson. Dorothy Harshbarger signed her signature as the

State of Alabama registrar for our son, Joshua Johnson birth

certificate. Our son, Joshua Johnson was born July 4, 1991 in

Tuscaloosa County, Tuscaloosa, Alabama.. Our civil rights, and

parental rights, The Interstate Compact on the Placement of

Children ICPC – A, and ICPC – B Articles 1 – 10, have been

violated. Truancy laws have been violated for our five children not

to stay in school. Our five children lives and education have been

destroyed by their kidnappers, Ku Klux Klan, hate groups, and

criminals. We, Ronald Alfonzo Johnson, Sr., and Korea Witcher

Johnson did not have the rights to come to the State of Georgia

Mental Health Hospital to see, and visit, our five children when

they were sick, had surgery, and were rape by their kidnappers, Ku

Klux Klan, hate groups and criminals. Our daughter, Geneva

Ronda Johnson was raped by her rapist. Cobb County Medical

Center Hospital refuse to allow us to see, visit and received our

daughter, Geneva Ronda Johnson entire medical records when she

was a minor with her son, Josep Stone and give us a written

statement regarding our daughter, Geneva Ronda Johnson and her

son, Josep Stone for their admission for our daughter, Geneva

Ronda Johnson to give birth to her son, Josep Stone. Our daughter,

Rona Johnson told us that she was illegally placed and false

imprisonment against her will at Inner Harbor Hospital Mental

Hospital  Douglasville, County Douglasville, Georgia where she

was raped as a minor by a man who is or was a staff member who

worked for Inner Harbor Mental Hospital. Our daughter, Rona

Johnson stated to us that the she called 911 for a police officer

came to assist her regarding her rapist, raped her at Inner Harbor

Mental Hospital. Our daughter, Rona Johnson stated to us that she

call Cobb County News reporter to come to Inner Harbor Mental

Hospital to talk to her regarding her rapist who had raped her.

Cobb County News had come to Inner Harbor Hospital to film and

put a crime yellow ribbon around the Inner Harbor Mental

Hospital. Our daughter stated to us  that police officers, detectives

and investigators took her rape report. Our daughter, Rona Johnson

was raped and given mental health medication. Our daughter, Rona

Johnson does not have a history of mental problems, or mental

retardation problems that we are aware of. Our five children

mental health records, doctor's records, and medical records have

been violated. Our five children, Ronald Alfonzo Johnson Jr.,

Geneva Ronda Johnson, Rona, Joshua, and Korea Johnson,

received medical treatments without the approval, consent, and

permission of their father, and mother, Ronald Alfonzo Johnson

Sr., and Korea Witcher Johnson. The right to have a jury was

violated. Our rights were violated to see a judge, and to appear in court was violated. No judge, no warrants, no prosecutor, no subpoena, no court dates, no hearings ,no jury trial, no files, no records, no judgements, no final decision ordered by a judge, no pending cases, no court orders for the State of Georgia that Versus the father, and mother Ronald Alfonzo Johnson Sr., and Korea Witcher Johnson for our five children. We, Ronald Alfonzo Johnson, Sr., and  Korea Witcher Johnson  did not serve prison, or jail time for our five children. We, Ronald Alfonzo Johnson,Sr., and Korea Witcher Johnson and our five children were illegally tried by a kangaroo court without court justice. We the people for the State of Alabama petition the courts to seek true court justice for the parents and their children: Geneva Ronda Johnson, Ronald Alfonzo Johnson Jr., Rona, Joshua, and Korea Johnson. To bring the Ku Klux Klan, hate groups, and criminals and all parties who are involve in this injustice act and illegal act  regarding our five children case to state, and federal court.. We, Ronald Alfonzo Johnson Sr., and Korea Witcher Johnson filed a report with City

Of Atlanta Police Department, Missing Children Exploited

Services, Cobb County Police Department, Marietta Georgia, The

Federal Bureau Of Investigation for the states of Arkansas,

Alabama, Georgia, Florida, Louisiana, and Mississippi. City Of

Montgomery Police Department, Montgomery, Alabama,

Montgomery County Sheriff, D.T. Marshall, The Governor's State

Capitol offices and staff for the states of Arkansas, Alabama,

Georgia, Florida, Louisiana, and Mississippi. The State House for

the Senator's and staff. The Senator's office of Montgomery,

Alabama Patrick Roberts, State Attorney General, Mayor Bobby

Bright and staff. They all refuse and fail to show no concern to do

anything and did not care what has happen to our five children.

The Federal Bureau of Investigation, Kidnapping Division in

Washington D.C. and Montgomery County Department of Human

Resources, 50 North Ripley  Street, Montgomery, Alabama. We

the people for the State of Alabama need an emergency

investigation for our five children Geneva Ronda Johnson, Ronald

Alfonzo Johnson Jr., Rona , Joshua, and Korea Johnson. We the

people are asking warrants of arrest for everyone who had the
Johnson's children for the past 11years  and six months since
December 7, 1994 without the approval, consent, and permission
of their father, and mother  and courts. Kangaroo Court, conspiracy
and hate is blocking all investigation toward our five children.
They all illegally took the law in their own hands and did not
show no concern, time, patience, a mutual understanding what has
happened to our five children. We do not know if our children:
Joshua, and Korea Johnson is dead or alive. School records will
show who kidnapped our five children. But school records are hard
to obtain by the kidnappers because of conspiracy. Our five
children lives, education, physical health were totally destroyed by
hate.

We the people for the State of Alabama and the father, and mother,
Ronald Alfonzo Johnson,sr., and Korea Witcher Johnson will
greatly appreciate your help and  support in this most urgent order
for an investigation.

Thank You,

*Korea Witcher Johnson*

5-23-06

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Korea Witcher Johnson                    Case No.  2:06cv463·MHT

         Vs

 Federal Bureau Of  Investigation
 P.O. Box 4040
 Montgomery, Alabama 36103


                    Complaints


I, Korea Witcher Johnson want the Federal Bureau Of

Investigation to do an investigation on who kidnapped my five

children: Geneva Ronda Johnson, Ronald ALfonzo Johnson, Jr.,

Rona, Joshua, and Korea Johnson from my sister, Atena Witcher

Tate, and her husband  Cedric Tate's home at 3241 Suwanee Drive

Montgomery, Alabama, 36108 and from my deceased mother,

Eloise Flowers Witcher home at 2012 Potomac Avenue

Montgomery, Alabama 36108 during April 17, 1997 before my

Witcher died. We, Ronald Alfonzo Johnson, Sr., and Korea
Witcher need this order because my sister, Atena Witcher Tate,
and my mother, Eloise Flowers Witcher and Carver Park residents
stated to me that they all saw these three white men and two white
ladies came to my mother, Eloise Flowers Witcher, and my sister,
Atena Witcher Tate and Cedric Tate's home and kidnapped my
five children from their home without showing a court order from
the Stated Of Georgia. My sister, Atena Witcher Tate Cedric Tate,
and my mother, Eloise Flowers Witcher stated to me that  these
three white men and two white ladies had a  State Of Georgia court
order to take my five children back to the State Of Georgia. We,
Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson did not
give our approval , consent, and permission anyone to remove my
five children from their home at 1541 Willowbrook Drive Atlanta,
Georgia and from their Atlanta Public Schools. No one had legal
rights to take our five children from the states of Alabama,
Georgia, Florida, Louisiana, and Mississippi. We, Ronald Alfonzo
Johnson, Sr., and Korea Witcher Johnson ask the Federal Bureau

Of  Investigation to help us find out what type of court order was used to kidnap our five children from the State Of Alabama. What kind of badge was used to represent law enforcement?

*Teresa Witcher Johnson*

5-23-06

We the people for the State Of Alabama Petition the United States District Court for the Middle District of Alabama Northern Division for an order of the court for the Federal Bureau Of investigation office to investigate and bring to justice for all who are responsible for the kidnapping, rape, and truancy laws of our five children : Geneva Ronda Johnson, Ronald Alfonzo Johnson, Jr., Rona, Joshua, and Korea Johnson who were kidnapped from 3241 Suwanee Drive Montgomery, Alabama 36108, and 2012 Potomac Avenue, Montgomery, Alabama.

1. Charlie Casey 2330 Dilliard St 36108
2. Annie Jamison 3513 Wood Pk 36116
3. Johnnie Phifer 651 W. So. Blvd 36105
4. Angela Phifer 651 W. S. Blvd. 36105
5. A. Spivey 1712 Saddlebrook Dr 36116
6. Mose Grant 2146 Tullis Dr 36111
7. Elizabeth Jackson 1222 Strathmore Dr. Apt. C 36116
8. _[signature]_
9. _[signature]_
10. Rev. Monroe Brinson 1801 Gibbs Circle # A
11. Rudolph Ellis
12. Lionel Watley 2037 Lingbury 36108
13. Josper Montgomery Coffee 36108
14. Sharonda Webb 114 Rosie Lau
15. William Fountain 1741 Safford Street
16. Wilbut Shaw 4236 Knollgate Rd.
17. 2624391 - Alonzo Rieves
18. Cathy Hunter - 3335 Boone St Monty Ala. 36108
19. Don Wilson 189 - Wade St Montgomery 36101
20. WILLIAM HUBBARD 1456 Brass St
21. Curtis Abrams 116 Delanic Av Mont...
22. Crystal Shepherd 476 Clayton Guy.
23. Robert Wilson 453 Kahn
24. Mresidah Wilson 453 Kahn
25. Willie Manning 1526 Hill St
26. Rev. James ...

27. Emma Corbitt - 833 Ridgemont Av.
28.
29. Nebra Bethune 3371 Lansford Dr.
30. Carrie R Forte 2034 Stella St
31. Clara Washington 3244 Doris Cir.
32. Arthur Pickett 605 Heath St.
33. Romeka Smith 2504 Drake St
34. [illegible] Brown 1601 Oak St.
35. Cassandra Stevens 4000-A N. Smiley Circle
36. Mary Watkins 939 Erskine St.
37.
38. [illegible] 2016 Potomac Ave
39. Kenneth McClain 923 Pattersal ave
40. Ollie Robinson 808 [illegible]
41. Wm Thornton
42. [illegible] 1841 St Charles St
43. Sidney Davis P.O. Box 250755 Montg., AL 36125
44. LaShonda Hubbard 4132 Loneoak Dr Montgomery al, 36108
45. Thomas Stinson April Ct montgomery Al 36108
46. Teresa Caldwell 928 Erskine St Montgomery Al 36108
47. Johnny Williams. 5102 Nancy Court. Montgomery Al. 36108
48.
49. [illegible] Allen 706 Erskine St
50. Elijah Relf 2260 Ajax St.
51. Jim Lowel
52. R. McGee 1303 Yorkshire dr mgy 36108
53. J. Sewell 4528 Hulston Dr. Mont Al. 36116
54. Jarvis Taylor 1145 Air Base Blvd 36108
55. Mary Ann Smith 153 Wade Street Montg. AL. 36104  924 Goodwyn, Dr, P.A. 2627319
56. Chris 92 Thomas 337 Georgia St monty Al 58104
57. Dana Wright 262 East Delano Ave

58. Willie L. Courtland 15 Dickerson Street 36104
59. Lutaurg Courtland 647 #7 South Court St. 36104
60. Antonio Courtland 15 Dickerson St - 36104
61. Beatrice L. Montague 913 Erskine Street
62. Diane Jones 3712 Cresta Cr. Mtgy. Al. 36108
63. Sadie Harris 316 Jackson Hope Hull, Al 36073
64. Mary Jackson 268 Jackson Hope Hull, Ala 36043
65. Alfonzo Burkette 1137 St James Street 36104
66. Rev. Charles R Quinn 900 Bell ST
67. Junior meyers mildred St C42
68. Laura Fuller 4118 Marilyn St
69. Ora Bush 511 Woodbrook
70. Major Gantt 605 Kiwanis St.
71. Ocean Banks Sr. 1635 Oak St.
72. Della Burch 1047 Highland DR
73. Ruth Lester 1031 Day Sturt Road
74. Dewanna Peterson 2764 W. Edgemont
75. Bessie Moore 2764 W. Edgemont
76. Matha Wilson 4504 Rosa Park
77. J. Hobson Williams 2835-H Boys Club Rd
78. Stanly Liddle 1378 Beach St.
79. Vannice Hooks 2506 Parker Ave
80. Tracey Luckett 624 n Bainbridge St 36104
81. Jamie Harris 4022 Bernell Dr. 36105
82. Herron L. Gray 3337 Piedmont Cr.
83. Elizabeth Bonnett 416 Plant St. mmtae
84. Theressa Phillips 550 Ridgecrest St
85. Renee Walter 1134 Hill St
86. Frank Arnold 326 Prairie Vista
87. Laqunis Robinson 2102 Early / 1448 Mobile Rd

88. Shirley Smith                        2844 6th St

89. Lacy Williams            28 46 Lark Dr

90. Elizabeth Davidson        986 Ridge Crest St.

91. Cynthia Watson

92. Lanetta Russell            3814 Vale St.
                               3848 S East Smiley Cir.

93. Patricia Bass      2054 Lincoln Terrace

94. Claude Perkins    4500 Sunshine Dr

95. Bessie Williams  2912 Quail Lake  Montgomery  Al 36108

96. Yulonda Patterson   2070 Gibbs Drive

97. Jarvis Fitzpatrick 1145 Ave L Montgomery AL 36105

98. Gwen Gordon   3181 APT H  Virginia Downs  Montgomery  Al. 36116

99. Shirley Ann Armster  2024 Potomac Ave

100. Elizabeth Morrison  4007 Mailyn St  Montg AL 36108

101. Von Williams 28 Church St  Hope Hull Al 36043

102. Nysheen Morrison   4007 Marylin street

103. Delana H. Daniel   868 Grove Street

104. Bessie Navarette  1534 S Holt St

105. Mittie Thomas  642 Clarke St.

106. [illegible]  3645 Shagg St

107. Darlene V. Pettis 885 Erskine Str.

108. [illegible] (Same) 885 Erskine St.

109. [illegible] 2925 Alta Rd  Montg Al 36110

110. Wm. William  4011 W Fairview  36108

111. Consuella Dumas  3550 Gaston Ave.

112. Marie Corlene  Selohatche, Ala.

113. Mary Sanders  1002 Erato St.

114. Natosha Robinson Flowery  5128 Levenson Rd.

115. [illegible] Montg, Al

116. Henry Hontville  100 Duncan Dr

118. Frank J. Montague  913 Erskine St.

119. Gary Robinson  3021 Alta Rd

Concern Citizens for the State of Alabama

Montgomery, Alabama

120. Willie Sand 3823 Riviera Rd., Montgomery, Al

121. Daniel Edwards 305 Sweet William Ln., Deatsville Al.

122. Q. W. W Atkins P. O. Box 8184 36110 Montg Ala

123. Ella Howard 3125 Mobile Dr. 36608

124. Annie Winters 204 Shadyside Lane Montg.

125. Kenest Roper 44 Brewer Drive Mont

126. James Steele 3715 Day St.

127. Billy Armstrong 1353 Devonshire Dr North

128. Wm M Weird 3201 Early St

129. Jam Collin 2201 Early St

130. Steven Shelton + Sheys eln the Name of Jesus Christ

131. Jessie Cochran 1333 Marco Bovel./

132. Levy im V un 511 Feldre Rd Mtgy 36009

133. Claude E Stewart Montgomer Ala

134. Jessica Russaw 3369 Royal Creek Rd Montgomery al 36.

135. Barber Junkto Beuty Salon.

136. Nenil Rulo 4100 Fitzpadrick Blvd Apt #1402

137. James H. Mo 9342 St Louis Montgomery Ala

138. Melviela D. Harvey 1835 Corhl Un Apt. D Montgomery AL 36116

139. Claudia B. Petta 4613 S Court St Montgomery Al 36105

140. Dretas L. Williams 513 Boys Springs Rd Lapha, AL 36046

141. Lee Zonnen 4368 Wase ferry RD
142. Albert Lewis 711 Briarscillf RD
143. Ismael Morales 4120 Lone Oak Dr
144. Ann Morales 4129 Lone Oak Dr.
145. Christopher Whitehurst 821 Ridgemont Ave.
146. Jo NGSB M
147. Robert Z Berry 1135 Grove st
148. Axiion gnEEN - 7-P.An. st
150. Willi Brown 4421 S.C. st
151. Robert Stokes Tuluase Al.
152. Villie ? Cuny 240 Shadyside Lane
153. Kendrick Ponder 258 Shady Side Lane
154. Osue Ley Felder 249 Burrell St.
155. Tenkin Rogers 1975 Cocol'E
156. Doris Purnell 749 Woodrow St
157. Tracey montgomery 1054 South Union
158. Zujkellio Jackson South Union
159. Latoya Jones South Union
160. Rick Stewart 12 Fagewood Dr
161. Paul L Awrgs 3002 B Fountain Dr.
162. Lakeshie Summers 1597 Frederick Douglas
163. Linda Hall 283 Sheel st
164. Katrina Hall 3863 Smiley St

165. Vincent Greene  4462  Troy  Hwy.
Montgomery  AL. 76621 Tallassee Hwy
166. Robert Felton
167. Odessa  J Wilson    2101  Locust  St.
Montgomery, Al. 36107
168. T.C. Wilson  2101  Locust  St.
Montgomery, Al. 36107
169. Betty watson Felton
170. Katherine Felton
2101  Locust  Street  36107
171. Montgomery, Al. 2101  Locust  St.
172. Lakenia  Felton 36107
Montgomery, Al. 36107  Chestnut St.  Montg Al 36107
173. Ann A   2537  Chestnut  St.  Montg Al
174. Bro. Corald Banks 25 37 Chestnut St Montg Al
36107
175. Marcus Kelly  2537 Chestnut  St.  Montgomery AL
176. Minnie Zell  P.O. Box 240118  Eclectic 36107
177. Sandra Tyson - 678 Northpass Rd 3610  Al. 36007
178. John E Williams  3128 Mobile Dr  3606 Montg Al.
179. Marie  Jones 118 Lone brook Dr.
180. Dianne Gray  165  Bush  Drive  Hope Hu
181. Janice Bailey  1541 Reuben Street
182. HAZEL H. Johnson  3183 Cantelow Road  Mtgy, Al 36108
183. Verpessa Pierce 275 Murfee Dr. Prattville Al. 36066
184. Mozell  Winters 520 Prattst Prattville  Al. 36067
185. Mamie  Jackson
186. Cynthia Harris - 536 Watts St. Montgomery ala. 36104
187. Jahnie  mae  Harris - Montg, ala.



188. Ontraeena Rodgers 5309 Ira Lane Montg., AL 36108 284-1853

189. Morris Rodgers 5309 Ira Lane Montg., AL (334) 284-1853

190. Ophelia N. Riley 3609 Menlo Ct Montg., AL 36116 (281334?,

191. Velma V. Johnson 2126 Belfort St. Mont, AL. 36106 (26390:

192. Fuddie M. Auslion 255 Glen hollow Ln. H4 Decatur GA 30034

193. _____ 5800 Eastdale Rd. S. #F19 Mont AL 36117

194. Barry Gregory 121 Gazebo East Montg, AL. 36117

195. Thula Smith 674 W. Jeff Davis , AL, 36108

196. Douglas Mincy 1329 Beauregard Mtgy A/ 36116

197. Chemeka Williams 6056 Briarhurst Dr Mont. A/ 36116

198. Annie N White 2413 Carlisle St Montg. Al. 36108

199. Shirley Nettles 3423 Southmont Dr. Montgomery 36116

200. George Brown 3816 Matterhorn St. Montg, Al 36116

201. Virginia Jonville P.O. Box 703 36101 Mont, Ala,

202. Lorenzo Smith 286-6008 (334)

203. William . Nettles 924 Garland Dr.

204. Twanda M. Luster 3110 Virginia Downs Apt. 13 36116

205. Vaimie _____ 3110 Virginia Downs Apt B 36116

206. Diane Thompson P.O. Box 325 Tyler, AL. 36785

207. Shirley Ford Bridges 209 South Anton Dr. Montgomery, Ala 36105

208. Linda Johnson 1613 Pebble Brook Dr Montg AL

209. Courtney Bell 2277 Semmes Dr, Montg A/

210. Earl Matthews 2432 Hickman St

211. *Noah Smith* Hamilton Drive, monty, al
212. *Jacc Gregg* 595 S. McDonough St Montgomery, AL 3610?
213. *Rev. Jerome Hrg Sr.* 3554 Whirling Ave. monty, AL 36105
214. *Sis Allie Rogers* 3554 Whiting Ave. Mont al.
215. *Everline Jackson* 4012 Sage brush Dr Monty, AL
216. *Romanda Myrick* 151 Pocahontas Rd. Montg AL
217. *Kerrisha McCloud* 151 Pocahontas Rd Monty AL
218. *John C. James* 1621 Rosemlane Rd. apt 360 Monty, AL
219.
220.
221.
222.
223.
224.
225.
226.
227.
228.
229.
230.
231.
232.
233.
234.
235.
236.
237.
238.