# Douglas County Sheriff's Office Incident Report

| Case Number | Incident Type | Incident Date/Time |
|---|---|---|
| I 04-237984 | Sex Offenses 16-6-5.1 1188 1199 | From: 08/09/2004 22:00<br>To: 08/12/2004 3:00 |

## Incident Location

4685 DORSETT SHOALS RD

| Complainant Name | Address | Home Phone | Work Phone |
|---|---|---|---|
| FORD, CRAIG | | (770) 942-2391 | . |

| Complainant Name | Address | Home Phone | Work Phone |
|---|---|---|---|
| KOLLMEYER, SHERRY | 725 NOBLE OAK DR. MARIETTA GA 30068 | (770) 998-0125 | |

| Victim Name | Address | Home Phone | Work Phone |
|---|---|---|---|
| Juvenile Under 17 Years of Age | | | |

## Vehicles

| Year | Make | Model | Tag # | V.I.N. Number | Color |
|---|---|---|---|---|---|
| | | | | | |

## Property

| Clothing | Consumable Goods | Currency, Notes, Etc. | Firearms |
|---|---|---|---|
| Stolen:<br>Recovered: | Stolen:<br>Recovered: | Stolen:<br>Recovered: | Stolen:<br>Recovered: |

| Furs | Household Goods | Jewelry, Prec. Metals | Livestock |
|---|---|---|---|
| Stolen:<br>Recovered: | Stolen:<br>Recovered: | Stolen:<br>Recovered: | Stolen:<br>Recovered: |

| Office Equipment | Other | TV, Radio, etc. | Vehicle |
|---|---|---|---|
| Stolen:<br>Recovered: | Stolen:<br>Recovered: | Stolen:<br>Recovered: | Stolen:<br>Recovered: |

| Total | Theft Jurisdiction | Recovery Jurisdiction | Date of Theft |
|---|---|---|---|
| Stolen: $0.00<br>Recovered: $0.00 | | | |

## Status

Cleared by Arrest - 08/16/2004

## Narrative

Did engage in sexual contact with anot6her person (who is in custody of law)(being detained in)(who is a patient in)qa (hospital)(other institution) and such actor has (supervisory)(disciplinary) authority over such person.

| Reporting Officer | Date | Approving Officer | Date |
|---|---|---|---|
| 590 - MATT WILSON | 08/12/2004 | 028 - EDDIE MORRIS | 08/13/2004 |



**Lee New**
Chief of Police

**A. B. Allred**
Deputy Chief of Police

**G. B. Hatfield**
Deputy Chief of Police

140 North Marietta Parkway
Marietta, Georgia 30060-1454
770-499-3904
Fax 770-499-4197

May 17, 2004

Mr. Ronald Alfonza Johnson, Sr.
Korea Witcher Johnson
3318 Roundtree Road
Montgomery, Alabama  36108

Dear Mr. & Mrs. Johnson

Our department received a large envelope from you with copies of certified mail forms and letters from the Cobb County Sheriff and District Attorney and Alabama Governor's Office. I have checked our records and even though they indicate numerous contacts with the Cobb County Police, there are no incidents of criminal charges regarding your children.

According to their letters, you need to contact the courts in Cobb County and the Georgia Department of Family and Children Services. I would suggest you seek legal representation.

Respectfully

A B Allred
Deputy Chief of Police

ABA/lkd

cc          Chief Lee New
            Cobb County Police Department

Cobb County Police Department
*An Equal Opportunity Employer*



**BERT ESTES**
CHIEF CLERK

# REESE McKINNEY, JR.
JUDGE OF PROBATE
## Montgomery County

MICHAEL L. WASHINGTON
ASSISTANT CHIEF CLERK

WILL O'REAR
LEGAL COUNSEL

April 13, 2005

Mr. Ronald Alfonso Johnson, Sr.
Mrs. Korea Witcher Johnson
420 Yougene Curve
Montgomery, Alabama 36104-4414

Dear Mrs. Johnson:

I have searched the records in this office regarding the following names: Geneva R. Johnson, Ronald A. Johnson, Joshua Johnson, Rona Johnson and Korea Johnson. A name change was executed by Geneva Johnson, a copy of which was provided to you as a public record when you visited the probate office. Other than that document, there is no record of any probate proceedings regarding the other names you submitted.

I hope this information is helpful.

Sincerely yours,

Will G. O'Rear, Jr.
Legal Counsel



**PROBATE COURT**
OF COBB COUNTY

32 WADDELL STREET
MARIETTA, GEORGIA 30060
TELEPHONE (770) 528-1900
FACSIMILE (770) 528-1996

DAVID A. DODD
JUDGE

March 11, 2005

Korea and Ronald Johnson
420 Yougene Curve, Apt. B
Montgomery, Alabama 36104

Via 1st class mail and facsimile

Dear Ms. Johnson,

After receiving your phone call today I checked our computer system and did not find any records under the names you gave me. The search was done on: Geneva R. Johnson, Ronald A. Johnson, Joshua Johnson, Rona Johnson, and Korea Johnson. Also a search was done using the last name Stone and with each respective first name and no record appeared.

As I said on the telephone, the only involvement Probate Court would have with minors is Temporary Guardianship of the minors. The other courts you may try for information are Juvenile Court at 770-528-2220 and Superior Court at 770-528-1800.

Sincerely,

Theresa Davis

VERNON PARISH SCHOOLS

Student's Cumulative Record—Grades K-6

NAME Johnson, Rona

**NAME OF**
(Last Name) (First) (Middle)

| | | |
|---|---|---|
| STUDENT | Johnson, Rona | |
| FATHER | Johnson, Ronald | |
| MOTHER | Witcher, Rona | |
| LEGAL GUARDIAN | Tate, Dora Allison | |

SS # 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

Birthplace Country or U.S. State

Speaks English

Education

Occupation of Parents of Guardian — Army

Birthdate 9.23

Age at Entrance

School Last Attended

RECORD OF ATTENDANCE, SCHOLARSHIP, AND RESIDENCE

| Grade | School Year | Term Ending | Date of Entrance | Grade | Days Present | Days Absent | Times Tardy | Language Arts | | | | | | Social Studies | | | | Home Ec. and Voc. Ed. | | | Art, Music Physical Ed. | | | | Mathematics, Other Studies and Skills | | Effort | Study Habits | Retained or Promoted To | Withdrawn Date and Reason | Name of Teacher | School Building | County or City | Residence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Language | Speech | Literature | Reading | Spelling | Writing | Citizenship | Government | History | Geography | Agriculture | Homemaking | Shop Work | Physical Ed. | Health | Music | Art or Drawing | Arithmetic-Mathematics | Science | | | | | | | | |
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | | | | | | F | F | | | | | | | C | | | | | | | | | | | | | | | | | | | | |
| 2 | | | 9-6 87 | 1 | 176 4 1 163 7 | | F | | | Bb C 5 V | | | | | C | | | | | | HC C G | D.B. G.D.G | B.D.G G.D.A | | | | | | Placed SED 3 Into | target Into | ...da Bu. ...Mapleson | HCS Vern | 1124 Mapleson Street Leesville, LA 71446 |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



# GEORGIA BUREAU OF INVESTIGATION

3121 Panthersville Road
P.O. Box 370808
Decatur, Georgia 30037-0808

April 21, 2003

Ms. Korea Witcher Johnson
Pilgrim Rest Missionary Baptist Church
1436 E. Washington Street
Montgomery, AL 36107

> Re:    Request for Criminal History Record Check

Dear Ms. Johnson:

The following information details what is required to obtain a criminal history record check in Georgia:

**Employment/Licensing and Visa (Travel) Purposes** - Georgia law and GCIC Rules allow for criminal history record checks for employment/licensing, visa (travel) and other purposes provided an inked set of fingerprints is furnished for the individual whose record is sought.  The fee for this record check is $15.00 payable to the Georgia Bureau of Investigation.  This check will be for a Georgia record only.

Georgia law and GCIC Rules allow for Local Criminal Justice/Law Enforcement Agencies to furnish criminal history record checks provided a signed consent form is furnished from the individual whose record is sought.  Fees vary.

Georgia law and GCIC Rules also allow for Local Criminal Justice/Law Enforcement Agencies to furnish felony conviction information on individuals.  Consent is not required.  Fees vary up to $20.00.

Records from other states or the FBI **cannot** be furnished.

Georgia criminal history records are exempt from the provisions of the Georgia Open Records Act.

Any questions concerning these record requests should be addressed to:

> Georgia Crime Information Center
> CCH/Ident Services
> P. O. Box 370748
> Decatur, Georgia 30037-0748

RECEIVED
MAY 1 1 2003
CCH OPERATIONS

Division of Forensic Sciences
P.O. Box 370808
Decatur, Georgia 30037-0808

Investigative Division
P.O. Box 370808
Decatur, Georgia 30037-0808

Georgia Crime Information Center
P.O. Box 370748
Decatur, Georgia 30037-0748

# GEORGIA BUREAU OF INVESTIGATION

3121 Panthersville Road
P.O. Box 370808
Decatur, Georgia 30037-0808

Vernon M. Keenan
*Director*

Criminal History is attached. Any questions contact the CCH Helpline @ 404-244-2639
Monday-Friday 8:00am – 4:30 pm est.

Have a good day

| Division of Forensic Sciences | Investigative Division | Georgia Crime Information Center |
|---|---|---|
| P.O. Box 370808 | P.O. Box 370808 | P.O. Box 370748 |
| Decatur, Georgia 30037-0808 | Decatur, Georgia 30037-0808 | Decatur, Georgia 30037-0748 |

I hope this information will be helpful.

Sincerely,

Charles A. Severs
Assistant Deputy Director
Security Operations – GCIC

TXT
ATN/MCLELAND   ARN/CCH
PART  1
THE FOLLOWING RECORD PERTAINS TO SID/GA2160387K

## GEORGIA CRIMINAL HISTORY

| NAME | | STATE IDENT NBR | FBI IDENT NBR | REPORT DATE |
|------|--|-----------------|---------------|-------------|
| JOHNSON, KOREA WITCHER | | GA2160387K | 544508V11 | 2003/05/13 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | SKIN | BIRTHPLACE |
|-----|------|------------|--------|--------|------|------|------|------------|
| F | B | 1955/01/08 | 5-06 | 200 | BRO | BLK | | ALABAMA |

| SOC SECURITY | FINGERPRINT CLASS | HENRY | SCAR-MARK-TATTOO | MISCELLANEOUS NBR |
|--------------|-------------------|-------|------------------|-------------------|
| 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 | PM PI 10 10 12 | 21 W | | |
| | PM 12 11 14 14 | 17 U | | |


ADDITIONAL IDENTIFIERS:
ALIAS NAMES-------------------- STONE, KOREA W

** INTERSTATE IDENTIFICATION INDEX - MULTISTATE OFFENDER **
*******************************************************************************

ARREST-001  ARREST DATE-1994/12/07       TRACKING NBR-57863061
  AGENCY-COBB CO. SHERIFF'S OFFICE          (GA0330000)
  AGENCY CASE NBR-267563        NAME USED-
    CHARGE 01-FUGITIVE                              OFFENSE DATE-
        UNK FEL


*******************************************************************************
* FOR POSITIVE IDENTIFICATION OF THIS RECORD SUBJECT AS THE PERSON WHOSE      *
* RECORD WAS REQUESTED, FINGERPRINTS MAY BE SUBMITTED.  IF AN ADVERSE         *
* EMPLOYMENT OR LICENSING DECISION IS MADE, COMPLIANCE WITH THE DISCLOSURE    *
* PROVISIONS OF O.C.G.A. 35-3-34/35-3-35 IS REQUIRED.  UNAUTHORIZED           *
* DISSEMINATION OF THIS RECORD OR INFORMATION HEREIN VIOLATES GEORGIA LAW.    *
*******************************************************************************


END OF RECORD

| ID | Last Name | First Name | Middle | SSN/SIN/TFN | Chg | AKA | Date of Birth | Date of Death |
|----|-----------|------------|--------|-------------|-----|-----|---------------|---------------|
|    | JOHNSON%  | KOREA%     |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |
|    |           |            |        |             |     |     |               |               |

☐ Case Sensitive

**Person Name/ID Query (CPUD)**

| ID | Last Name | First Name | Middle | SSN/SIN/TFN | Chg | AKA | Date of Birth | Date of Death |
|---|---|---|---|---|---|---|---|---|
| @5379 | JOHNSON | RONALD | A | | | | | |
| @22338 | JOHNSON AKA | RONALD | A | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

☐ Case Sensitive

NAME: JOHNSON, JOSHUA
ADDRESS: 3241 SUWANEE DR
FATHER:
MOTHER: ATHENA TATE
GUARDIAN:

SSH#: 630264359
MONTGOMERY 36108    DATE-OF-BIRTH: 07/04/91
BIRTHPL:
RACE: BLACK — NON HISPANIC    SEX: M

*Carver Elem* Grade_K_ Year 19 96 91

| SUBJECT | | | | | | Grade____ Year 19__ |
|---|---|---|---|---|---|---|
| Days Tardy____ | | | | | | |
| Days Absent____ | | | | | | |
| School____ | | | | | | |

| SUBJECT | | | | | | Grade____ Year 19__ |
|---|---|---|---|---|---|---|
| Days Tardy____ | | | | | | |
| Days Absent____ | | | | | | |
| School____ | | | | | | |

| SUBJECT | | | | | | Grade____ Year 19__ |
|---|---|---|---|---|---|---|
| Days Tardy____ | | | | | | |
| Days Absent____ | | | | | | |
| School____ | | | | | | |

| SUBJECT | | | | | | Grade____ Year 19__ |
|---|---|---|---|---|---|---|
| Days Tardy____ | | | | | | |
| Days Absent____ | | | | | | |
| School____ | | | | | | |

| SUBJECT | | | | | | Grade____ Year 19__ |
|---|---|---|---|---|---|---|
| Days Tardy____ | | | | | | |
| Days Absent____ | | | | | | |
| School____ | | | | | | |

| SUBJECT | | | | | | Grade____ Year 19__ |
|---|---|---|---|---|---|---|
| Days Tardy____ | | | | | | |
| Days Absent____ | | | | | | |
| School____ | | | | | | |

**CUMULATIVE RECORD—ELEMENTARY PROGRAM (K-6)**

**MONTGOMERY PUBLIC SCHOOL SYSTEM**
**MONTGOMERY, ALABAMA**

| GRADE SCALE | |
|---|---|
| A 100-91 | D 72-64 |
| B 90-82 | F 63- 0 |
| C 81-73 | |

| PROGRESS CODE |
|---|
| G—Very Good Progress |
| S—Satisfactory Progress |
| H—Having Difficulty |
| X—Not Evaluated |

PA 020-92

*Learning disabilities program (below grade level)    Immunization Certificate Received _____

CONFIDENTIAL: In accordance with the Family Rights and Privacy Act of 1974 (PL 93-380) this information may not be released to a third party unless the appropriate authorization is obtained.

Joshua Johnson   12/16/95   Age 5

Refractive Errors

| | No Problems Detected | Insignificant or Mild | Possibly Significant | Significant |
|---|---|---|---|---|
| Hyperopia (farsighted) | − | | | |
| Myopia (nearsighted) | √ | | | |
| Astigmatism | √ | | | |
| Anisometropia (difference in eyes that can indicate or lead to amblyopia) | − | | | |

**Detail**

Not analyzable for hyperopia.

**Summary**

No significant problems detected.

**Comment**

No problems noted but unable to properly analyze for hyperopia (pupils partially obscured).

Alignment Errors

| | | | | |
|---|---|---|---|---|
| Esotropia (turned in) | √ | | | |
| Exotropia (turned out) | √ | | | |
| Vertical (hyper-/hypotropia) | √ | | | |
| Opacities | √ | | | |
| Other (see Comment) | √ | | | |

**Summary Explanations**

√   No problems detected.*

−   Mild or insignificant problems det[...]

The indications in the screening image a[...] potentially progressive, the problem sh[...] ren under age 3 is common and usually [...]

−   **Possible or possibly significant problems detected*.**

The indications in the screening image are consistent with problems that may be significant; or, there are abnormal indications an[...] possible problems cannot be ruled out. Precautionary examination by a qualified eye care professional is recommended. The parent should be aware that after examination, some of the problems will prove to be significant, and others may prove to be of litt[...] or no concern (which is good news for the parent and child).

−   **Significant problems detected*.**

Examination by a qualified eye care professional is strongly recommended. The parent should be aware that, after examin[...] tion, a small percentage of these problems will prove to be of no significant concern (good news for parent and child), but most [...] be significant.

C249

SCHOOL Carver Elementary

Grade K-104

Teacher/Section MacDonald

Student's Name (Last) Johnson (First) Joshua NMN  M ✓ F

Student's Social Security No. 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  Date of Birth (Grades 7-10 only) 7-4-91

Parent's Name Aunt/G. Athena Tate & Cedric C. Tate  Home Phone 269-0776

Address 3241 Suwanee Dr. Father's Work Phone N/A (Army) Mother's Work Phone (home)

WID 4/30/97

| | Beginning Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Ending Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Mo. | 8-26-96 | 26 | 27 | 28 | 29 | 30 | 3 | 4 | 5 | 6 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 23 | 9-23-96 |
| 2nd Mo. | 9-24-96 | 24 | 25 | 26 | 27 | 30 | 1 | 2 | 3 | 4 | 7 | 9 | 10 | X | 14 | 15 | 16 | 17 | 18 | 21 | 22 | 10-22-96 |
| 3rd Mo. | 10-23-96 | 23 | 24 | 25 | 28 | 29 | 30 | 31 | 1 | 4 | 5 | 6 | 7 | 8 | 12 | 13 | 14 | 15 | 18 | 19 | 20 | 11-20-96 |
| 4th Mo. | 11-21-96 | 21 | 22 | 25 | 26 | 2 | 3 | 4 | 5 | 6 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 20 | 6 | 7 | 1-6-97 |
| 5th Mo. | 1-7-97 | 8 | 9 | 10 | 13 | 14 | 15 | 16 | 17 | 21 | 22 | 23 | 24 | 27 | 28 | 29 | 30 | 31 | 3 | 4 | 5 | 2-4-97 |
| 6th Mo. | 2-5-97 | 6 | 7 | 10 | 11 | 12 | 13 | 14 | 18 | 19 | 20 | 21 | 24 | 25 | 26 | 27 | 28 | 3 | 4 | 5 | 6 | 3-5-97 |
| 7th Mo. | 3-6-97 | 7 | 10 | 11 | 12 | 13 | 14 | 17 | 18 | 19 | 20 | 21 | 24 | 25 | 26 | 27 | 28 | 7 | 8 | 9 | 10 | 4-10-97 |
| 8th Mo. | 4-11-97 | 11 | 14 | 15 | 16 | 17 | 18 | 21 | 22 | 23 | 24 | 25 | 28 | 29 | W | | | | | | | 5-8-97 |
| 9th Mo. | 5-9-97 | | | | | | | | | | | | | | | | | | | | | 5-29-97 |

X = Absent
CO = Checkout
/ = Tardy
O = New Pupil
W = Withdrawn
T = Transferred

CODE:
1X = Illness
2X = Work
3X = Poverty
4X = Truant
5X = Weather

6X = Neglect
7X = Legal
8X = Permission
9X = Suspension

HOLIDAYS:
Labor Day 9-2-96
Veterans Day 11-11-96
Thanksgiving 11-27—11-29-96
Christmas/New Year 12-23-96—1-3-97
Birthdays: King/Lee 1-20-97
Spring Holidays 3-31—4-4-97

Inservice: 10-8-96
2-17-97
Weather
Make-up Day 3-28-97
1st Sem. 8-26-96—1-17-97
2nd Sem. 1-21-97—5-29-97

PA 001-96

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| J | K | L | M | N | O | P | Q | R |
| S | T | U | V | W | X | Y | Z | |

| | | |
|---|---|---|
| DAYS ABSENT | 1 0 1 | |
| DAYS TARDY | 1 1 0 | |

IDENTIFIES BASIC COLORS

(red) (yellow) (brown) (green) (black)
(blue) (orange) (white) (purple) (pink)

The kindergarten program introduces a child to school life, helps him/her to work and play well with others, and develops important skills in academic areas.

IDENTIFIES BASIC SHAPES

(circle) (triangle) (square) (rectangle)

This report is a means of sharing a child's school progress. The Report of Student Progress offers parents an opportunity to become involved in the educational experiences of their child. Active parental involvement will improve a child's happiness and success in school.

IDENTIFIES SPATIAL POSITIONS

left    right    (top)    (bottom)

(middle)    over    (under)    (on)

above    below    (between)

Please sign and return promptly.

COUNTS OBJECTS

(1) (2) (3) (4) (5)
(6) (7) (8) 9 10
11 12 13 14 15
16 17 18 19 (20)

PARENT/GUARDIAN SIGNATURE

First Reporting Period _____

Second Reporting Period _____

Third Reporting Period _____

| JOHNSON | | RONA | | | | FEMALE BI |
|---|---|---|---|---|---|---|
| LAST NAME | | FIRST NAME | | MIDDLE NAME | NAME CALLED BY | SEX / R |

| 9-23-87 | WEST COLUMBIA, SOUTH CAROLINA | | H/C |
|---|---|---|---|
| DATE OF BIRTH | PLACE OF BIRTH (City, County, State) | | BIRTH CERTIFICATE NO. |

| DATE | STUDENT'S ADDRESS | PHONE | DATE | STUDENT'S ADDRESS |
|---|---|---|---|---|
| 12/12/94 | 1541 Willowbrook Dr., SW, Atl.,Ga. 30311 | 752-6683 | | |
| | | | | |
| | | | | |

| FATHER'S NAME | MOTHER'S NAME | GUARDIAN'S NAME | STE |
|---|---|---|---|
| | Korea Johnson | Tomeaco Witcher | |
| FIRST    MIDDLE    LAST | FIRST    MIDDLE    LAST | FIRST    MIDDLE    LAST | FIRS |
| ADDRESS | | | |
| OCCUPATION | | | |
| EMPLOYED BY | | | |
| BUSINESS PHONE | | | |
| IF DECEASED, DATE | | | |
| PARENTS DIVORCED _____ PARENTS SEPARATED _____ | CHILDREN IN FAMILY    OLDER    YOUNGER | | |
| IF STUDENT LIVES WITH OTHER THAN PARENTS, EXPLAIN: | | | |

MEDICAL INFORMATION

Indicate by a checkmark [ ✓ ] if pupil has had: Epilepsy _____ , Asthma _____ , Diabetes _____ , Heart Condition _____ ,
Allergies (specify) _____ Serious Physical Handicap _____ , Serious Hearing Defe
Serious Speech Defect _____ , Other Serious Illness (specify) _____

## ATLANTA PUBLIC SCHOOLS    ATLANTA, GEORGIA    ELEMENTARY AND MIDDLE SCHOOLS PER

GRADE RECORD

| GRADE | 1st | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SCHOOL | Venetian Hills | | | | | | | |
| YEAR | 94-95 | | | | | | | |
| TEACHER | Ball | | | | | | | |
| ENTERED | 12/12/94 | | | | | | | |
| WITHDRAWN | 1-4-95 | | | | | | | |
| PROMOTED TO | | | | | | | | |

ATTENDANCE RECORD

| SEMESTER | 1 | 2 | S | 1 | 2 | S | 1 | 2 | S | 1 | 2 | S | 1 | 2 | S | 1 | 2 | S | 1 | 2 | S | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAYS PRESENT | 8 | | | | | | | | | | | | | | | | | | | | | | |
| LAWFUL ABS. | 1 | | | | | | | | | | | | | | | | | | | | | | |
| UNLAWFUL ABS. | | | | | | | | | | | | | | | | | | | | | | | |
| TIMES TARDY | | | | | | | | | | | | | | | | | | | | | | | |

# ALABAMA

## Center for Health Statistics

The front of this document is pink and the back contains a water mark

---

**CERTIFICATE OF LIVE BIRTH**

**STATE OF ALABAMA**

BIRTH NO. 101 **55-004427**

THIS IS A LEGAL RECORD AND MUST BE FILED WITH LOCAL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH

SEE OTHER SIDE.

FILL IN WITH A TYPE-WRITER OR WRITE PLAIN-LY WITH DARK INK. DO NOT USE GREEN NOR RED INK.

ATTENDANT MUST SIGN PERSONALLY.

ALL ITEMS MUST BE COM-PLETE AND ACCURATE.

1. PLACE OF BIRTH a. County — *Montgomery* — b. Bed No. 5 1011

2. USUAL RESIDENCE OF MOTHER (Where does mother live?) a. State *Alabama* — County 5 1011

c. City (If outside city or town limits, write RURAL) Or Town *Montgomery*

c. City (If outside city or town limits, write RURAL) Or Town *Montgomery* — Dist. No.

d. Full Name (If NOT in hospital or institution, give street address or location) Hospital Or Institution *St Jude Hospital*

d. Street Address *538 Troy St*

3. CHILD'S NAME (Type or print) a. (First) *Korea* — b. (Middle) — c. (Last) *Witcher*

4. Sex *Female* 5a. This Birth Single (X) Twin ( ) Triplet ( ) 5b. If Twin Or Triplet (This child was born) 1st ( ) 2nd ( ) 3rd ( ) 6. Date Of Birth (Month) (Day) (Year) *1-8-55*

**FATHER OF CHILD**

7. Full Name a. (First) *Jessie* — b. (Last) *Witcher* 8. Color Or Race *Colored*

9. Age (At time of this Birth) *25* Years 10. Birthplace (State or foreign country) *Alabama* 11a. Usual Occupation *Disabled Veteran* 11b. Kind of Business or Industry

**MOTHER OF CHILD**

12. FULL MAIDEN NAME a. (First) *Claise* — b. (Middle) — c. (Last) *Flowers* 13. Color Or Race *Colored*

14. Age (At time of this Birth) *21* Years 15. Birthplace (State or foreign country) *Alabama* 16. Children Previously Born To This Mother (Do NOT include this child)

a. How many OTH-ER children are now living?

b. How many OTHER children were born alive but are now dead?

c. How many children were stillborn (born dead after 20 weeks pregnancy)?

17. INFORMANT (Signature or Name) *Claise Witcher* — *7*

I hereby certify that this child was born alive on the date stated above. 18a. Signature of Attendant *Moses H Jones* 18b. Attendant At Birth M. D. (X) Midwife ( ) Other (Specify)

18c. Address *48 N Lawrence*

18d. Date Signed *1-9-55*

19. Date Rec'd *1-10-55* Reg. *M. F. Trent actg* 21. Date on Which Given Name Added By (Registrar)

---

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 1997-264-623-4

July 9, 1997

*Dorothy S. Harshbarger*
Dorothy S. Harshbarger, State Registrar

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics

### CERTIFICATE OF LIVE BIRTH
### STATE OF ALABAMA

BIRTH NO. 101-56-036887

**THIS IS A LEGAL RECORD AND MUST BE FILED WITH AL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH.**

**SEE OTHER SIDE.**

**FILL IN WITH A TYPEWRITER OR WRITE PLAINLY WITH DARK INK. DO NOT USE GREEN NOR RED INK.**

**ATTENDANT MUST SIGN PERSONALLY.**

**ALL ITEMS MUST BE COMPLETE AND ACCURATE.**

1. PLACE OF BIRTH
a. County — Montgomery   b. Beat No. 5
c. City (If outside city or town limits, write RURAL) Or Town — Montgomery, Ala
d. Full Name (If NOT in hospital or institution, give street address or location) Hospital or Institution — 1501 Mt Meigs Road

2. CHILD'S NAME (Type or print)
a. (First) Ronald   b. (Middle)   c. (Last) Johnson

3. USUAL RESIDENCE OF MOTHER (where does mother live?)
a. State — Ala   b. County — Montgomery
c. City (If outside city or town limits, write RURAL) Or Town — Montgomery   d. Beat No. 5
e. Street Address (If rural, give location) — 1501 Mt Meigs Road

4. Sex — Boy
5a. This Birth — Single (✓) Twin ( ) Triplet ( )
5b. If Twin Or Triplet (This child born) 1st ( ) 2nd ( ) 3rd ( )
A17020
6. Date Of Birth (Month) (Day) (Year) — June 2 1956

### FATHER OF CHILD
7. Full Name
a. (First) Alfred   b. (Middle) E.   c. (Last) Johnson
8. Color or Race
9. Age (At time of this birth) 28 Years
10. Birthplace (State or foreign country) Montgomery
11a. Usual Occupation
11b. Kind of Business or Industry

### MOTHER OF CHILD
12. FULL MAIDEN NAME
a. (First) Malissa   b. (Middle)   c. (Last) Vandiver
13. Color or Race — Negro
14. Age (At time of this birth) 22 Years
15. Birthplace (State or foreign country) Montgomery
16. Children Previously Born To This Mother (Do NOT include this child)
a. How many OTHER children are now living? 6
b. How many OTHER children were born alive but are now dead?
c. How many children were stillborn (born dead) after 20 weeks pregnancy? None

17. INFORMANT (Signature or Name) Malissa Johnson

I hereby certify that this child was born alive on the date stated above.
18a. Signature of Attendant — Mary L. Carr
18b. Attendant at Birth M.D. ( ) Midwife (✓) Other (Specify)
18c. Address — 1401 Margaret St.
18d. Date Signed — June 8, 1956

19. Date Rec'd by Local Reg. — 14 Jun 56
20. Registrar's Signature — Douglas L. Cannon M.D.

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2002-321-903-8

August 2, 2002

Dorothy S. Harshbarger, State Registrar

# ALABAMA
## Center for Health Statistics

## ALABAMA
### CERTIFICATE OF LIVE BIRTH

101  81 - 13968

| | | |
|---|---|---|
| 1. NAME Geneva Ronda JOHNSON | 2. DATE OF BIRTH April 07, 1981 | 3. TIME OF BIRTH 12:29 AM |
| 4. SEX Female | 5. THIS BIRTH Single | 6. IF NOT SINGLE BIRTH --- | 7. COUNTY OF BIRTH Macon |

8. CITY, TOWN OR LOCATION OF BIRTH  Tuskegee Institute AL

9. FACILITY NAME  John Andrew Community Hospital

10. SIGNATURE OF ATTENDANT OR CERTIFIER  /S/ Dr. Williams, MD

11. DATE SIGNED  April 9, 1981

12. ATTENDANT'S NAME  Dr. Williams, MD

16. CERTIFIER'S NAME

13. ATTENDANT'S ADDRESS  John Andrews  Tuskegee AL

17. CERTIFIER'S ADDRESS

14. TYPE OF ATTENDANT  MD

15. ATTENDANT'S LICENSE NUMBER  Not Stated

18. CERTIFIER'S TITLE

19. SIGNATURE OF EITHER PARENT  /S/ Korea Pat Witcher Stone

20. DATE SIGNED  April 9, 1981

21. SSN REQUESTED

22. REGISTRAR'S SIGNATURE  *Dorothy S. Harshbarger*

23. DATE FILED  April 14, 1981

24. MOTHER'S MAIDEN NAME  Witcher

25. MOTHER'S LEGAL NAME  Korea Witcher Johnson

26. MOTHER'S DATE OF BIRTH  January 8, 1955

27. MOTHER'S STATE OF BIRTH  Alabama

28. MOTHER'S USUAL RESIDENCE-STATE  Alabama

29. MOTHER'S RESIDENCE-COUNTY  Macon

30. MOTHER'S RESIDENCE-CITY OR TOWN AND ZIP CODE  Tuskegee Institute

31. MOTHER'S RESIDENCE-STREET ADDRESS  222 Davison Street

32. IN CITY LIMITS  Yes

33. FATHER'S NAME  Ronald Alfonza Johnson Sr.

34. FATHER'S DATE OF BIRTH  June 2, 1956

35. FATHER'S STATE OF BIRTH  Alabama

053187 09-01-98 2

ADPH-F-45 12/1-93 3

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2002-289-264-2

July 3, 2002

*Dorothy S. Harshbarger*
Dorothy S. Harshbarger, State Registrar

# ALABAMA
## Center for Health Statistics

# ALABAMA
### CERTIFICATE OF LIVE BIRTH

101    82 - 55605

| 1. NAME | | 2. DATE OF BIRTH | 3. TIME OF BIRTH |
|---|---|---|---|
| Ronald Alfonza JOHNSON Jr. | | December 17, 1982 | 2:06 PM |

| 4. SEX | 6. THIS BIRTH | 6. IF NOT SINGLE BIRTH | 7. COUNTY OF BIRTH |
|---|---|---|---|
| Male | Single | --- | Montgomery |

| 8. CITY, TOWN OR LOCATION OF BIRTH | 9. FACILITY NAME |
|---|---|
| Montgomery | St. Margaret's Hospital |

| 10. SIGNATURE OF ATTENDANT OR CERTIFIER | 11. DATE SIGNED |
|---|---|
| /S/ William A. Abernathy, MD | December 17, 1982 |

| 12. ATTENDANT'S NAME | 16. CERTIFIER'S NAME |
|---|---|
| William A. Abernathy, MD | |

| 13. ATTENDANT'S ADDRESS | 17. CERTIFIER'S ADDRESS |
|---|---|
| 303 S. Ripley Street  Montgomery AL | |

| 14. TYPE OF ATTENDANT | 15. ATTENDANT'S LICENSE NUMBER | 18. CERTIFIER'S TITLE |
|---|---|---|
| MD | Not Stated | |

| 19. SIGNATURE OF EITHER PARENT | 20. DATE SIGNED | 21. SSN REQUESTED |
|---|---|---|
| /S/ Korea Witcher Stone | December 18, 1982 | |

| 22. REGISTRAR'S SIGNATURE | 23. DATE FILED |
|---|---|
| Dorothy S. Harshbarger | December 29, 1982 |

| 24. MOTHER'S MAIDEN NAME | 25. MOTHER'S LEGAL NAME |
|---|---|
| Witcher | Korea Witcher Johnson |

| 26. MOTHER'S DATE OF BIRTH | 27. MOTHER'S STATE OF BIRTH | 28. MOTHER'S USUAL RESIDENCE-STATE | 29. MOTHER'S RESIDENCE-COUNTY |
|---|---|---|---|
| January 8, 1955 | Alabama | Alabama | Montgomery |

| 30. MOTHER'S RESIDENCE-CITY OR TOWN AND ZIP CODE | 31. MOTHER'S RESIDENCE-STREET ADDRESS | 32. IN CITY LIMITS |
|---|---|---|
| Montgomery              36108 | 3360 Coffey Drive | Yes |

| 33. FATHER'S NAME | 34. FATHER'S DATE OF BIRTH | 35. FATHER'S STATE OF BIRTH |
|---|---|---|
| Ronald Alfonza Johnson Sr. | June 2, 1956 | Alabama |

053188 09-01-98 2

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2002-289-263-4

July 3, 2002

Dorothy S. Harshbarger
Dorothy S. Harshbarger, State Registrar

STATE OF SOUTH CAROLINA
DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL
CERTIFICATE OF LIVE BIRTH

BIRTH NUMBER | 139- 87  035829

CHILD—NAME
1. FIRST **RONA** | MIDDLE **nnn** | LAST **JOHNSON**

1a. SEX **Female** | DATE OF BIRTH **Sept. 23, 1987** | HOUR **11:56E** M

HOSPITAL—NAME (If not in hospital, give street and number)
4a. **Lexington Medical Center** | CITY, TOWN OR LOCATION OF BIRTH **West Columbia** | 4b. COUNTY OF BIRTH **Lexington**

5a. (Signature) [signature] M.D. | DATE SIGNED **9/26/87** | NAME AND TITLE OF ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or print)
I certify that the stated information concerning this birth is true to the best of my knowledge and belief.

CERTIFIER—NAME AND TITLE (Type or print)
14. **Albert Thomas, M.D.**

REGISTRAR
16a. (Signature) [signature] *Gwenetha C. Bickley* | MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip)
15. **18 Surrey Crt. Cola. S.C. 29210**

DATE RECEIVED BY REGISTRAR **Sep 25 1987**

MOTHER—MAIDEN NAME
8a. (Signature) [signature] | FIRST **Korea** | MIDDLE **nnn** | LAST **Witcher**

7a. AGE (At time of this birth) **32** | 7b. STATE OF BIRTH **Alabama**

RESIDENCE—STATE
8a. **Texas** | COUNTY | CITY, TOWN OR LOCATION 8c. **Waskom** | STREET AND NUMBER OF RESIDENCE **P.O. Box 1045** | INSIDE CITY LIMITS **Yes**

MOTHER'S MAILING ADDRESS—If same as above, enter Zip Code only
9. **324 Madison Augusta Georgia, 30901**

FATHER—NAME
10a. FIRST **Ronald** | MIDDLE **Alfonza** | LAST **Johnson**

10b. AGE **31** | 10c. STATE OF BIRTH **Alabama**

RELATION TO CHILD **mother**

11a. I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief. (Signature of parent or other informant)
11b. (Signature) [signature] *Korea Johnson*

[stamp, upside down] SEP 2 1983
DIRECTOR
[illegible stamp text]

# ALABAMA

## Center for Health Statistics

007316 **ALABAMA** 91-031675

### CERTIFICATE OF LIVE BIRTH

State File Number: 101

THIS IS A LEGAL RECORD AND MUST BE FILED WITH LOCAL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH.

| CHILD | 1. NAME First Joshua Middle Last JOHNSON | 2. DATE OF BIRTH (Month, Day, Year) July 4, 1991 | 3. TIME OF BIRTH (Specify am or pm) 2:38 a.m. |
|---|---|---|---|

4.
5.
Ol63022
6.
180

| 4. SEX Male | 5. THIS BIRTH—(Specify Single, Twin, Triplet, etc.) Single | 6. IF NOT SINGLE BIRTH—Specify if this child born first, second, etc. | 7. COUNTY OF BIRTH Tuscaloosa |
|---|---|---|---|

| 8. CITY, TOWN OR LOCATION OF BIRTH Tuscaloosa | 9. FACILITY NAME (If not institution, give street, road number, and indicate INSIDE or OUTSIDE city limits) DCH Regional Medical Center |
|---|---|

**CERTIFIER**

14.

TYPE IN PERMANENT BLACK INK. DO NOT USE GREEN, RED, OR BLUE INK.

21.

| 10. SIGNATURE OF ATTENDANT OR CERTIFIER (I hereby certify that child was born alive on the date and place stated above) Blae Schillp | 11. DATE SIGNED—(Month, Day, Year) 7/4/91 |
|---|---|

| 12. ATTENDANT'S NAME M.Blane Schilling | 16. CERTIFIER'S NAME (If other than attendant) |
|---|---|

| 13. ATTENDANT'S ADDRESS P.O. Box 6331 Tuscaloosa, Al. 35487-6331 | 17. CERTIFIER'S ADDRESS |
|---|---|

| 14. TYPE OF ATTENDANT (Specify M.D., D.O., C.N.M., O.N.M., Other (Specify)) M.D. | 15. ATTENDANT'S LICENSE NUMBER L-1496 | 18. CERTIFIER'S TITLE |
|---|---|---|

| 19. SIGNATURE OF EITHER PARENT—I certify that the personal information provided on this certificate is correct. Koiea Johnson | 20. DATE SIGNED—(Month, Day, Year) July 4, 1991 | 21. Parent(s) request Dult's Social Security Number be issued for this child. (Specify Yes or No) Yes |
|---|---|---|

| 22. REGISTRAR'S SIGNATURE Gwenn T. McKinzey | 23. DATE FILED (Month, Day, Year) July 24 1991 |
|---|---|

**MOTHER**

27.
LI4
28.
144134

| 24. MOTHER'S MAIDEN LAST NAME Witcher | 25. MOTHER'S LEGAL NAME First Korea Middle Last Johnson |
|---|---|

| 26. MOTHER'S DATE OF BIRTH January 8, 1955 | 27. MOTHER'S STATE OF BIRTH (If not in U.S.A., name country) Texas | 28. MOTHER'S USUAL RESIDENCE—STATE Texas | 29. MOTHER'S RESIDENCE—COUNTY Smith County |
|---|---|---|---|

| 30. MOTHER'S RESIDENCE—CITY OR TOWN AND ZIP CODE Tyler, 75711 | 31. MOTHER'S RESIDENCE—STREET ADDRESS (If rural, give location) P.O. Box 8557 | 32. MOTHER'S RESIDENCE—Inside City Limits (Specify Yes or No) Yes |
|---|---|---|

**FATHER**

35.
O1

| 33. FATHER'S NAME First Ronald Middle Alfonzo Last Johnson | 34. FATHER'S DATE OF BIRTH June 2, 1956 | 35. FATHER'S STATE OF BIRTH (If not in U.S.A., name country) Alabama |
|---|---|---|

ALL ITEMS MUST BE COMPLETE AND ACCURATE.

ADPH-7-HS 1/Rev. 1-91

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 1999-380-019-9

October 15, 1999

Dorothy S. Harshbarger, State Registrar

93-096494

| TYPE OR PRINT IN PERMANENT BLACK OR BLUE-BLACK INK | STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH | | Birth Number | Local File Number 005536 | State File Number 1 | 110- |
|---|---|---|---|---|---|---|

**CHILD**

| 2. CHILD'S NAME: FIRST | 3. MIDDLE | 4. LAST | 5. JR., III, ETC. | 6. SEX (M or F) | 7. DATE OF BIRTH (Mo., Day, Year) | 8. TIME OF BIRTH |
|---|---|---|---|---|---|---|
| KOREA | | JOHNSON | | Fem. | Nov. 13, 1993 | 2:46 ☒ AM ☐ PM |

| 9. THIS BIRTH (Single, Twin, Triplet, etc.) | 10. IF NOT SINGLE SPECIFY BIRTH ORDER | 11. CITY, TOWN, OR LOCATION OF BIRTH |
|---|---|---|
| Single | | Austell |

| 12. HOSPITAL-FACILITY NAME (If not hospital, give Street and Number) | 13. IF NOT HOSPITAL (Check one) | 14. COUNTY OF BIRTH |
|---|---|---|
| Cobb Hospital & Medical Records | ☐ 1 Clinic/Doctor's Office  ☐ 3 Free Standing Birthing Center  ☐ 2 Residence  ☐ 4 Other | Cobb |

**MOTHER**

| 15. MOTHER'S NAME: FIRST | 16. MIDDLE | 17. LAST | 18. MAIDEN (Last name) | 19. DATE OF BIRTH (Mo., Day, Year) | 20. STATE OF BIRTH (if not U.S.A., name Country) |
|---|---|---|---|---|---|
| Korea | | Johnson | Witcher | Jan. 8, 1955 | Alabama |

| 21. RESIDENCE—STATE | 22. COUNTY | 23. CITY, TOWN OR LOCATION | 24. STREET AND NUMBER OF RESIDENCE |
|---|---|---|---|
| Georgia | Cobb | Mableton | 6660 Mableton Parkway |

| 25. MOTHER'S MAILING ADDRESS—IF SAME AS ABOVE, ENTER ZIP CODE | 26. RESIDENCE INSIDE CITY LIMITS? (Yes or No) |
|---|---|
| 30059 | No |

**FATHER**

| 27. FATHER'S NAME: FIRST | 28. MIDDLE | 29. LAST, JR., ETC. | 30. DATE OF BIRTH (Mo., Day, Year) | 31. STATE OF BIRTH (if not U.S.A., name Country) |
|---|---|---|---|---|
| Ronald | Alfonzo | Johnson | June 2, 1956 | Alabama |

| 32. INFORMANT'S NAME (Type or Print) | 32a. RELATION TO CHILD | PARENT(S) AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER  Yes ☒ 1  No ☐ 2 |
|---|---|---|
| Korea Johnson | Mother | |

**CERTIFIER**

| 33. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature) | 35. DATE SIGNED (Mo., Day, Year) | 36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) | 37. (Time) |
|---|---|---|---|
| Wayne Coxwell MD | 11/13/1993 | | |

| 38. CERTIFIER—NAME AND TITLE (Type or Print) | 39. PHYSICIAN'S MEDICAL LIC. NO. | 40. CERTIFIER—MAILING ADDRESS (Street and No. or RFD, City or Town, State, Zip) |
|---|---|---|
| Wayne Coxwell, MD | 016572 | 1790 Mulkey Rd, Austell, GA  30001 |

**REGISTRAR**

| 41. REGISTRAR (Signature) | 42. DATE RECEIVED BY LOCAL REGISTRAR (Mo., Day, Year) |
|---|---|
| | NOV 23 1993 |

STATE COPY

# Certificate of Failure to Find

## STATE OF ALABAMA
## DEPARTMENT OF PUBLIC HEALTH

### CENTER FOR HEALTH STATISTICS
### OFFICE OF VITAL RECORDS

June 23, 2004

I certify that a diligent search of the records in my custody has been completed for the years 1986 - 1995, and no certificate of live birth was found to exist for JOSHUA JOHNSON, born July 4, 1991 in Tuscaloosa County, Alabama, to KOREA WITCHER and RONALD ALFONZO JOHNSON.

Dorothy S. Harshbarger
State Registrar and Director

To apply for a passport, present this notice with either a record of your correct age or date of birth and place of birth, or a personal affidavit from an older relative.

To apply for Social Security, present this notice with a record of your correct date and place of birth and parentage.

2004-282-698-4

ADPH-HS-27/Rev. 04-95

07 06 91



DATE:
ROOM NO. JOHNSON BABY
07 04 91  N
NAME:  PEREZ 6628 FHE  B
0  2087412

## PROGRESS NOTES

| DATE | NOTES |
|------|-------|
| 7-6-91 12:30 | S = Pt laying in crib (open) resting comfortably; continues to feed, void and stool; Pt eyes actively on inspection _O = Sm pt in healthy appearing, nourished; HEENT Eye @ red reflex, liss pateral, mouth good cleft lip or palate; neck suppl, lgs — STA; HR RRR 3 murmur, Abdomen soft, baby non distended, periumbilical — testicles not in canal but both palpable in the canal, uncirc patient; ext well dev/no bruising, skin covered c recircular wine on the face + legs + arms none; Move, sucking, swallow, grasp reflex are all intact V35_ 1. [struck through] A+ABdl [?] P. Discharge to home c instructions to follow up as scheduled with well baby check in one _Jamie Stacy_ c Dr. Perez Stacy_ |
| 2/6/91 12:45 | Circumcision with LA Gomco W/o diff, no reactions |

Signed



**Regional Medical Center**

Newborn Identification Sheet

DATE _____ 7 4 91
ROOM NO. _____
NAME _____

JOHNSON KOREA
07 04 91 F 36 B
FEREZ ____
0  208 7412

---

I examined the identification bands on mother _Korea Johnson_

First and Last Names

and baby in Delivery Room / Operating Room. They contained the correct information, (Mother's first and last name, Baby's sex and date of birth). They were identically numbered.

Band Number: _7071_          Hospital Number: _208 7412_

Signature and Date: _Cleopatra U. Blakeley RN_          _7/4/91_

Operating Room / Delivery Room

_Above #'s  matched  c  baby's  band  on arrival to well  Nursery_

---

I examined the identification bands on mother _Korea Johnson_

First and Last Names

and baby at first visit with mother. They contained the correct information, (Mother's first and last name, Baby's sex and date of birth). They were identically numbered.

Band Number: _7071_          Hospital Number: _2087412_

Signature and Date: _Bobby Hallman  NA_          _7-4-91_

Hospital Representative

_8:30 A.M_

---

I certify that during the discharge procedure I received my baby, examined it, and determined that it was mine. I checked the identification bands on the baby and on me and found that they contained the correct information and were identically numbered.

Band Number: _7071_          Hospital Number: _2087412_

Signature and Date: _Korea Johnson_

Mother

_Sheila McCool LPN_          _1710_

Witness - Hospital Representative & date

---

DCH 982 1050

# DCH Regional Medical Center

| | |
|---|---|
| DATE: | |
| ROOM NO. | JOHNSON BABY |
| | 07 04 91  N      B |
| NAME | PEREZ 6628 FHE |
| | 0  2087413 |

**SUMMARY SHEET - NEW BORN**

Patient's Name: Johnson Roy

Case No.: 2087413

Parents: Ronald + Korea Johnson

Date of Birth: 7-4-91

Address: 109 Gene St. Box 8557 Tyler, Tx 75711

Doctor: Peteet Johnson

Diagnosis: Term newborn male

V30.00

TAGA

Surgery:

Circumcision: 413  7-4-91

640

Transfusion:

Signature: _____

Date of Discharge: 7-6-91

Condition:

DCH# 98-10893



**Regional Medical Center**

DATE:

ROOM NO: JOHNSON BABY

NAME: 07 04 91 N B

FEREZ 6628 FMF

| PHYSICIAN RECORD OF NEWBORN INFANT | | Discharged Physician F2087412 | |
|---|---|---|---|

Basic Data (entered by Nurs. Pers.)

G T P A L
VIII   VII

| Physical Examination | | | |
|---|---|---|---|
| Date of Exam | Time of Exam | A P | Baby's Age at Exam hr |

Mother's Name: Korea (J)ohnson B   Race

EDC 7-23-91   Delivery Date 7-4-91   Time of Birth 0238 A/P

Apgar at: 8 1min 9 5 min Male/Female Ambiguous

Mother: O   Blood Type Rh
Baby: O   Blood Type Rh pos   Coombs neg

| Rectal Temp | Respiration Rate | Pulse Rate |
|---|---|---|
| Gest age by dates   wks | Weight 6 lbs 2 ozs 2778 gms | Chest 30.5 circ. 12 |
| Gest age by exam   wks 18½ | Length 47   cm | Head 34.3 circ. 18½ |

Plans: Diagnostic and Therapeutic

Maternal History:   Age: 36

| | | Admission Examination | | | Discharge Examination | |
|---|---|---|---|---|---|---|
| | | Code* | Description of Findings | Code* | | Description of Findings |
| 1 | GENERAL APPEARANCE (activity, tone, cry, color, edema) | 0 | color - reddish | 0 | | moving all parts color - reddish Active |
| 2 | SKIN (rashes, hematoma icterus) | | got emb petechiae over face | 0 | | Neonatal Acne in face icterus (and a months) |
| 3 | HEAD, NECK (caput, cephalohematoma) | | | 0 | | |
| 4 | EYES (conjunctivitis) | | | 0 | | |
| 5 | EARS, NOSE & THROAT Lips, gums, palate) | | V cleft | 0 | | V Cleft |
| 6 | THORAX (including breast hypertrophy) | | | 0 | | |
| 7 | LUNGS | | CTA | 0 | | Clear |
| 8 | CARDIOVASCULAR (pulses) | | 0 @ | 0 | | |
| 9 | ABDOMEN (including umbilicus) | 0 | 0 masses | 0 | | no masses / bowel |
| 10 | GENITALIA (testes descended, meatus) | X | testes in canal bilat | X | | Testes not fully descended still in canal |
| 11 | TRUNK AND SPINE | X | | 0 | | |
| 12 | EXTREMITIES (including clavicles & abduction of hips) | | 0 clicks | 0 | | 0 clicks |
| 13 | REFLEXES (moro, grasp, sucking, swallowing) | | intact x 4 | | | Weak Moro Good grasp, suck |
| 14 | ANUS | 0 | patent | 0 | | Patent |

* Code each item as follows:
0 No abnormality
X Abnormality (describe the abnormal findings objectively)

9893110 (A)

IMPRESSION
Well baby c bilat testes person in canal

IMPRESSION & DISCHARGE DIAGNOSIS

| DATE | PHYSICIAN'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE |
|---|---|---|---|

# NEWBORN MATURITY RATING
## and
## CLASSIFICATION

### NEUROMUSCULAR MATURITY



### PHYSICAL MATURITY





LENGTH __47__ cm

WEIGHT __2779__ gm

HEAD CIRCUMFERENCE __34.5__ cm



### MATURITY RATING

| Score | Wk |
|-------|-----|
| 5 | 26 |
| 10 | 28 |
| 15 | 30 |
| 20 | 32 |
| 25 | 34 |
| 30 | 36 |
| 35 | 38 |
| 40 | 40 |
| 45 | 42 |
| 50 | 44 |

| | 1st Exam=X | 2nd Exam=O |
|---|---|---|
| Estimating Gest Age by Maturity Rating | __37__ Weeks | __37__ Weeks |
| Time of Exam | Date __7/4/91__ Hour __11 am__ | Date __7-6-91__ Hour __12:30 pm__ |
| Age at Exam | __8.5__ Hours | ____ Hours |
| Signature of Examiner | __Budi__ M.D. | M.D. |

9893110 (B)           SCORING SECTION



**Regional Medical Center**

DATE:
ROOM NO.   JOHNSON KOREA
          07 04 91  F 36  B
NAME      PEREZ 6628 FME
          0 2087412

## LABOR AND DELIVERY SUMMARY

Check if applicable:

( ) single umbilical artery

( ) polyhydramnios (>2000 ml)

( ) oligohydramnios (<500ml)

( ) thick meconium stain

( ) fluidal meconium stain

( ) meconium discoloration only

( ) maternal fever prior to delivery

( ) maternal UTI

( ) other maternal infection

( ) amnionitis

( ) PROM >12 hrs.     ( ) > PROM 24 hrs

( ) fetal tachycardia (>180 bpm)

( ) fetal bradycardia (<120 bpm)

( ) decelerations, late

(✓) decelerations, variable *mh*

( ) preeclampsia     ( ) eclampsia

( ) maternal hypertension

( ) maternal hypotension

( ) placenta previa     ( ) abruption

( ) other vaginal bleeding

( ) maternal diabetes

( ) maternal addiction

( ) other _____

Signature/Date *M. Klinter Rn*
                *7-4-91*

Rev 8/80

DCH 9810765

L & D Newborn Care

( ) routine care

( ) bulb syringe suction

( ) deep oro & nasopharyngeal suction, c̄ catheter, before delivery of the shoulder

( ) tactile stimulation

( ) flush $O_2$

( ) vocal cord visualization

( ) intubation & tracheal suction

( ) meconium on tracheal suction

( ) bag & mask ventilation c̄ $O_2$

( ) intubation & ventilation c̄ $O_2$

( ) other _____

Time of first cry

( ) within 15 seconds
( ) between 15 and 30 seconds
( ) between 30 and 60 seconds
( ) other

Resuscitator

( ) Physician, OB

( ) Physician, Ped

( ) Physician, Anesth

( ) Nurse Anesthetist

( ) OB Nurse

( ) Other ___ *LORI WOODORI*

Signature/Date *W. Blakeley RN*

(O2H?) Infant weaned off O2 and placed
by Dr. Perez - 1500 O2 resumed



**DCH Regional Medical Center**

DATE:
ROOM NO.    JOHNSON KOREA
                         07 04 91  F 36  B
NAME         PEREZ 6628 FME
                         0 2087412

### LABOR RECORD

Name: _Johnson, Korea_     Hospital No. _2087412_   Date: _7-__-91_
      Last, First (Husband)

Address: _____ Time Admitted: _0300_ Method: _____
Age: _2_ AB: _2_ Gra: _3_ Para: _7_ (6 living)
E.D.C. _7-23-91_ Blood Type & RH _A_ Dr. _____ Ped. _POC_
Bottle: ☑   Nurse: ☐   Last Meal Eaten: _____ Antacid: Yes ☐ No ☐
Labor: Spontaneous ☑ Time: _2100_ Induced: ☐ Time: _____
   Augmented: ☐ Time: _____ Method: _____ Indication: _____
Membranes Ruptured: Spontaneous ☑ Time: _2100_ Artifical ☐ Time: _____
Amniotic Fluid: Color & Consistency _Clear_
Fetal Monitor: Direct ☐ Indirect ☑ Indication: _per orders_
   Time On: _____ Time Off: _____ Dr. Initated: _____ R.N. Initated: _____
Catheterized ☑ Time: _0305_ Type Cath _____ Urine Color: _clear yellow_
   Specimen to Lab ☐ Clean Catch ☐ Catheter ☐ Inserted By: _____
OB Prep ☑   Enema: ☐ _____
C Section: Indication: _____ Time to O.R. _____
Anesthetic: Time: _____ Dr. _____ Medicine Used: _____
   Caudal ☐ Epidural ☐ Saddle ☐ Other: _____

NKA

#### I.V. FLUIDS

| Date | Time | Type | RN signature |
|------|------|------|--------------|
|      |      |      |              |
|      |      |      |              |

#### MEDICATIONS

| Date | Time | Medication | RN Signature |
|------|------|-----------|--------------|
|      |      |           |              |
|      |      |           |              |
|      |      |           |              |
|      |      |           |              |
|      |      |           |              |
|      |      |           |              |
|      |      |           |              |
|      |      |           |              |

| Date | Time | B.P. | Pos. | F.H.T | Dilate | Eff. | Stat. | V.E. | Contractions | Remarks | Initial |
|------|------|------|------|-------|--------|------|-------|------|-------------|---------|---------|
|      |      |      |      |       |        |      |       |      |             |         |         |
|      |      |      |      |       |        |      |       |      |             |         |         |
|      |      |      |      |       |        |      |       |      |             |         |         |
|      |      |      |      |       |        |      |       |      |             |         |         |

DCH #810788    (WHITE) MOTHER'S CHART   (YELLOW) BABY'S CHART



**Regional Medical Center**

DATE:

ROOM NO.

NAME   JOHNSON KOREA
07 04 91  F 36  B
PERFZ 6628 FRE
0  2087412

**Labor Record**

| DATE | TIME | B.P. | POS. | FHT | DILATE | EFF. | STAT | V | CONTRACTIONS | REMARKS | INITIA |
|------|------|------|------|-----|--------|------|------|---|-------------|---------|--------|
| 7-4-91 | 0238 | Controlled | | unsterile | delivery in LR-2. SD delivery | | | | | | |
| | 250m #2 | free | delivery | of | placenta & inspection | | | | | | |
| | cervix | by | Dr. Schillings. | | | | | | | | |



DCH

809 UNIVERSITY BLVD.
TUSCALOOSA, ALABAMA 3540

PATIENT CUMULATIVE REPORT

PATIENT:   JOHNSON, BABYBOY(KOREA)                     DISCHARGED  7/ 8/91
                                           ROOM:            PT. # B2087412
DOCTOR:
                                  DATE:   7/11/91   AGE:   7D  SEX:  M

                                                   TIME:    5:40

REPORT CONTAINS DATA FROM  7/ 4/1991 TO  7/ 4/1991

*************** BLOOD BANK *************** BLOOD BANK ***************

CORD BLOOD TYPE & RH AND DIRECT COOMBS
                 JUL  4
                  (0340)
    ABO          O
    RH (D)       POSITIVE
    DAT          NEGATIVE

             PCR FINAL COPY FOR MEDICAL RECORDS

PATIENT:   JOHNSON, BABYBOY(KOREA)                ROOM:          PT. # B2087412        1
DIRECTOR OF LABORATORIES: LYNN C. KOENEMANN M.D.                              REV 10/90 9606071

ALABAMA DEPARTMENT OF PUBLIC HEALTH
BUREAU OF CLINICAL LABORATORIES
8140 UNIVERSITY... MONTGOMERY, AL 36130-1701

ALABAMA NEWBORN SCREENING REPORT - NEWBORN SCREENING...

| | |
|---|---|
| Name | JOHNSON |
| Mother Name | JOHNSON, KOREA |
| Physician | |
| Provider | DCH REGIONAL MEDICAL CEN |
| Form No | 33R44C |
| Accn Number | 91191355 (9189821...) |

| TESTS | SCREENING RESULTS RESULTS |
|---|---|
| THYROXINE (T4) | T4 NORMAL |
| PKU | PKU WITHIN NORMAL RANGE |
| HEMOGLOBINOPATHY | NORMAL (FETAL/ADULT) FA |

# DCH Regional Medical Center

DATE: JOHNSON BABY
07 04 91   N   B
ROOM NO. PEREZ 6628 FME
NAME: 0 2087412

## PROGRESS NOTES

| DATE | NOTES |
|------|-------|
| 7/4/91 11²⁰ am | S: 8½ hr old infant ♂. M&R G₂ P₂ NSVD unsterile in LR2. |
| | ∅ other complications. Tolerating sterile H₂O ∅ void ∅ stool |
| | O: VSS AF    physical on H&P sheet. |
| | A: Well baby @ ♂ |
| | Testes present bilat in canals. |
| | unsterile delivery |
| | P: Cont to monitor ₹ well baby care |
| | [signature] |
| 7:50 | wbl 2 o |
| | [illegible] void stool unc |
| | testes not completely descended |
| | cont w&B care    [signature] |