IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2006 MAY 23 A 11: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Korea Witcher Johnson
_____
_____
_____
Plaintiff(s)

v.

Federal Bureau of
Investigation
P.O. Box 4040
Montgomery, AL 36103
Defendant(s)

2:06cv463-MHT

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Korea Witcher Johnson moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Korea Witcher Johnson
Plaintiff(s) signature

# UNITED STATES DISTRICT COURT

**For the Middle** District of **Alabama**

Korea Witcher Johnson
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

Federal Bureau of Investigation
P.O. Box 4040 Mntg, AL 36103
Defendant

CASE NUMBER: 2:06cv463-MHT

I, Korea Witcher Johnson, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? **No**   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☑ Yes    ☐ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, <u>automobiles</u> or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   1991 Ford Escort LX (Value) $500.00
   1995 Windstar Ford LX (Value) $500.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   my son, Malcolm X Johnson receive S.S.I. Disability for the amount of $603.00 Monthly (asthma patient) I, Korea Witcher Johnson receive S.S.I. Disability for the amount of $603.00 ~~(Month). (monthly) income~~

I declare under penalty of perjury that the above information is true and correct.

5-23-06                    Korea Witcher Johnson
_____              _____
   Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.