IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOREA WITCHER JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV463-MHT |
| | ) | |
| FEDERAL BUREAU OF INVESTI- | ) | |
| GATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*, filed on 23 May 2006 (Doc. # 2).

The court wishes the plaintiff to understand fully the limited nature of being allowed to proceed *in forma pauperis.* That status permits the plaintiff only to *commence* this suit without *prepayment* of fees and court costs. It does not permit the plaintiff to prosecute her claims without any personal expenses, and there is no provision for the court's payment of those expenses.

For example, the plaintiff may incur expenses as a result of sending discovery to the opponent or answering an opponent's discovery requests. In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee of $40, plus mileage. In addition, court costs, which vary and can be very substantial, are normally assessed against the losing party. This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged

with, and obligated to pay, all court costs.

Now, having advised the plaintiff of the possible expense of litigation, the court ORDERS that the motion for leave to proceed *in forma pauperis* be and is hereby GRANTED.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE