IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOREA WITCHER JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTI- )<br>GATION, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06CV463-MHT |

**ORDER**

The court has reviewed the plaintiff's complaint filed on 23 May 2006 (Doc. # 1). The plaintiff's claims, however, are unclear, and the court does not have sufficient notice of the plaintiff's allegations of legal wrongdoing. Before service of the summons and complaint, it is necessary for the court to clarify the plaintiff's claims. Accordingly, it is ORDERED as follows:

1. The plaintiff shall appear before the court for a conference on 27 June 2006, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The plaintiff shall be prepared to explain her complaint and all of her claims against the Federal Bureau of Investigation, including dates, times, and places of the alleged wrongdoing.

2. An Assistant United States Attorney shall also appear to represent the government. It is not necessary that government's counsel from Washington,

DC to appear at this conference.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE