# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 6/27/06

DIGITAL RECORDING: 10:21 - 10:49

DATE COMPLETED: 6/27/06

KOREA WITCHER JOHNSON                *       2:06cv463-MHT

vs                                   *

FEDERAL BUREAU of INVESTIGATION      *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Pro Se | | Rand Neeley, as representative from US Attorney's Office |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
George Barry, Law Clerk

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Status Conference

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED ||
|---|---|
| **Description** | 2:06cv463-MHT: Korea Witcher Johnson vs. Federal Bureau of Investigation: STATUS CONFERENCE |
| **Date** | 6/27/2006 |
| **Location** | |

| Time | Speaker | Note |
|---|---|---|
| 10:22:02 AM | Court | Convenes; Recognizes parties, pro se plaintiff and Ran Neeley in for the USA |
| 10:24:33 AM | Court | Difference in earlier case filed in 2002 |
| 10:24:59 AM | Plaintiff | Responds by reading the complaint |
| 10:25:47 AM | Court | Reinterates question as to the difference between previous lawsuit and this pending lawsuit |
| 10:26:15 AM | Plaintiff | Responds |
| 10:27:02 AM | Court | Summarizes ruling on previous case filed in 2002 |
| 10:31:05 AM | Plaintiff | Continues to claim that children were kidnapped |
| 10:31:42 AM | Court | Questions plaintiff as to what Federal Law violated |
| 10:34:26 AM | Plaintiff | Responds with facts of case |
| 10:34:36 AM | Court | Gives process of appeal as relates to disagreement with Court's ruling in previous case; Gives explanation regarding why the Court needs Federal Law violated ; Court concludes that this complaint should be dismissed. |
| 10:49:21 AM | | COURT IN RECESS |