IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 17  P 4: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KOREA WITCHER JOHNSON

　　　　　Plaintiff,　　　　CIVIL ACTION NO. 2: 06 CV 463 - MHT

vs.

FEDERAL BUREAU OF INVESTIGATION

　　　　　Defendants.

# NOTICE OF OBJECTIONS FOR RECOMENDATION

To: The United States District Court for the Middle District of Alabama Northern Division Magistrate Judge Vanzetta Penn Mc Pherson, United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States Washington, D.C.

I, Korea Witcher Johnson, did not file a CIVIL ACTION lawsuit against the FEDERAL BUREAU OF INVESTIGATION. I did not ask for a jury demand, a criminal trial, amount of money, and I never fill out or filed a CIVIL COVER SHEET JS44 ( Rev. 11/04). We the people for the State of Alabama and I, Korea Witcher Johnson filed a petition for an order of the FEDERAL BUREAU OF INVESTIGATION to investigate the kidnapping of my five children: Geneva Ronda Johnson, Ronald Alfonzo Johnson, Jr., Rona, Joshua, and Korea Johnson who were kidnapped from the states of Alabama, Georgia, Florida, Louisiana, and Mississippi. The kidnappers from Cobb County Georgia, Montgomery, Alabama Social Security Administration, Federal Court Office of the clerk and United States Magistrate Judge Vanzetta Penn McPherson plotted this illegal lawsuit against the FEDERAL BUREAU OF INVESTIGATION with conspiracy to cover up the

kidnapping of my five children. I, Korea Witcher Johnson would like for the United States Federal Courts, The Supreme Court of the United States and The FEDERAL BUREAU OF INVESTIGATION to know that the KU KLUX Klan from the State of Georgia control Montgomery, Alabama Social Security Administration office who turn and control UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION. The Ku Klux Klan placed a phony court order in my records. This phony court order in my records was not written by any of Georgia State courts. United States Magistrate Judge Vanzetta Penn McPherson used this phony court order against me and Magistrate Judge Vanzetta Penn McPherson ask me to give a federal statue against the FEDERAL BUREAU OF INVESTIGATION. I, Korea Witcher Johnson feel that the Magistrate Judge Vanzetta Penn McPherson and the office of the clerk should give a federal statue against FEDERAL BUREAU OF INVESTIGATION because they are the one's who filed a lawsuit against the FEDERAL BUREAU OF INVESTIGATION in their kangaroo court room 5-A. ( Conference Hearing Court Room 5-A. on June 27, 2006 at 10:00 A.M.) I, Korea Witcher Johnson would like for the UNITED STATES FEDERAL COURTS and the FEDERAL BUREAU OF INVESTIGATION to know that the phony court order the Magistrate Judge Vanzetta Penn McPherson used against me do not have a court seal on it. The phony court order do not versus me. The Judge name on the phony court never serve as Judge in the State of Georgia. ( Please investigate ). The State of Georgia do not know that the Ku Klux Klan and the Kidnappers typed up a phony court order in their name and used it to cover up the kidnapping of my five children from Alabama, Georgia, Florida, Louisiana, and Mississippi. The GEORGIA BUREAU OF INVESTIGATION ask me to send them my entire records. I, Korea Witcher Johnson

would like for the Federal Courts and the FEDERAL BUREAU OF INVESTIGATION to know that the phony court order was typed up and sent from Marietta, Georgia ( Cobb County ). I, Korea Witcher Johnson notified the Cobb County Police Department and they gave me a letter to give to the Federal Court. Cobb County Georgia Police Department and the GEORGIA BUREAU OF INVESTIGATION stated to me that a court order would name me as a defendant and a State Court in Georgia would versus me. United States Magistrate Judge Vanzetta Penn McPherson, Ku Klux Klan, Kidnappers, and Montgomery, Alabama Social Security Administration workers overlooked the Cobb County Georgia Police Department and GEORGIA BUREAU OF INVESTIGATION report and railroaded injustice against me and the FEDERAL BUREAU OF INVESTIGATION without court justice to serve and protect. The United States Magistrate Judge Vanzetta Penn McPherson and the office of the clerk did not want the FEDERAL BUREAU OF INVESTIGATION and their attorney's to attend the conference hearing on June 27, 2006 at 10:00 A.M. Courtroom 5-A. The conspiracy plot was to keep the FEDERAL BUREAU OF INVESTIGATION away from seeing the petition for an order. The Federal Court did not want the FEDERAL BUREAU OF INVESTIGATION to see the Cobb County Police Department report. The Magistrate Judge Vanzetta Penn McPherson and the office of the clerk could not afford to let anything get in their way to bring about injustice and their request to seek injustice. The Ku Klux Klan, Kidnappers and Montgomery, Alabama Social Security Administration workers used their injustice power to cut off all communication from the FEDERAL BUREAU OF INVESTIGATION and overruled a United States Federal Judge who was helpless to seek justice. This was done under conspiracy to keep the FEDERAL BUREAU OF INVESTIGATION from

reading the GEORGIA BUREAU OF INVESTIGATION report. We the people for the State of Alabama and I, Korea Witcher Johnson knows that this conspiracy is of homegrown terrorist who has no fear of justice and law enforcement. This injustice act of homegrown terrorist to take over many years of justice has become a victory to over power the ruling of the laws of the United States of America. We the people for the State of Alabama and I, Korea Witcher Johnson ask the United States District Courts and FEDERAL BUREAU OF INVESTIGATION to investigate why the United States Magistrate Judge Vanzetta Penn McPherson pass a phony court order juvenile court order against me as an adult inside of a Federal Courtroom 5-A. In her order to dismiss she stated a State Court order against me. This is why the GEORGIA BUREAU OF INVESTIGATION ask to see court records. The Government and the FEDERAL BUREAU OF INVESTIGATION was kept away from this case because they had the power to subpoena the state courts of Georgia for court orders, court records, arrest warrants, and the name of the State Court Judge. The United States District Court Judge Myron H. Thompson, The FEDERAL BUREAU OF INVESTIGATION, the Government, and the United States Appeals Courts decided to subpoena the State of Georgia State Court records. The Ku Klux Klan, Kidnappers and Montgomery, Alabama Social Security Administration workers will send in all out intimidation against you. This is what We the people for the State Of Alabama and I, Korea Witcher Johnson believe happened to the United States Magistrate Judge Vanzetta Penn McPherson. ( Please investigate). We the people for the State Of Alabama and I, Korea Witcher Johnson believe that my son, Joshua Johnson was kidnapped from Montgomery, Alabama by members of the Ku Klux Klan who took my son, Joshua Johnson to State of Georgia and lynch him. This why my son,

Joshua Johnson has no birth record in the State Of Alabama were he was born. My son, Joshua Johnson birth record that we believe was replaced for a death certificate. My daughter, Korea Johnson was kidnapped alone with her other four sisters, and brothers, who were Geneva Ronda Johnson, Ronald Alfonzo Johnson, Jr., Rona, and Joshua Johnson. We the people for the State Of Alabama and I, Korea Witcher Johnson are asking the Civil Rights Attorney's to motion for this appeal to be removed from the State of Alabama to another United States District Court. My five children can not seek justice or be serve and protected by law enforcement under injustice and intimidation. It is wrong for a federal court to file a lawsuit against the FEDERAL BUREAU OF INVESTIGATION and used my name as a plaintiff in a conspiracy by members of the Ku Klux Klan and homegrown terrorist who are gaining more power and victory on justice. The United States District Court and the office of the clerk filed this phony lawsuit against the FEDERAL BUREAU OF INVESTIGATION at the conference hearing someone from the Social Security Administration set in the seat where the FEDERAL BUREAU OF INVESTIGATION Attorney's seat. (Please investigate). I, Korea Witcher Johnson has already met with intimidation from Montgomery, Alabama Social Security Administration workers David Best, Roy Bradford, A. C. Brown, Willie Tillis, and staff because I, Korea Witcher Johnson filed a petition for an order for my five children into the United States District Court for the Middle District of Alabama Northern Division the Social Security Administration illegally stopped my disable son, MalcolmX Johnson monthly Supplemental Disability Income Check and his Supplemental Disability back Income check that was $17, 816.00 a favorable decision by the Office Of Hearings and Appeals Administrative Law Judge for January 1, 2006. The Social Security Administration

notified the Alabama Medicaid Agency and told the Alabama Medicaid Agency that my son MalcolmX Johnson no longer eligible for Supplemental Disability Income check. This have stopped my disable son, MalcolmX Johnson S.S.I. Disability Income Check and his State Of Alabama Medicaid to received his medication. The Alabama Medicaid Agency did not put a date, month, year, and their letter was not signed by the person who typed their letter. This revenge against me and the FEDERAL BUREAU OF INVESTIGATION causing my son, MalcolmX Johnson not to received his monthly checks for July 1, 2006 and back S.S.I. Disability Income checks for the amount balance is $ 10,580.00 and medication. I, Korea Witcher Johnson and MalcolmX Johnson received a favorable decision by the Office Of Hearings and Appeals Administrative Law Judge for my S.S.I. back lump sum that is due to me is $!9,000.00 but my balance now is $11,764 but the Social Security Administration and their staff illegally stopped me, and my son, MalcolmX Johnson back S.S.I. without the Office of Hearings and Appeals Judge on Atlanta Highway knowing about it. I, Korea Witcher Johnson and my son, MalcolmX Johnson have already been paid 7, 236.00 for the past six month since January 1, 2006. $7, 236.00 this amount was posted at Wachovia Bank on 2773 Zelda Road Montgomery, Alabama 36106.( 334- 270- 2360) for Korea Witcher Johnson and MalcolmX Johnson electronic filing. In this case there is so much conspiracy and hate against me and my five children, The FEDERAL BUREAU OF INVESTIGATION, and the justice system. After the Magistrate Judge Vanzetta Penn McPherson illegally dismissed my five children petition for an order the United States District Court for the Middle District of Alabama Northern Division clerks, and Social Security Administration workers laughing and making fun like this is a joking matter. I, Korea Witcher Johnson called the United States

District Court for the Middle District of Alabama Northern Division to speak to a clerk on July 12, 2006 to ask what is my civil case no. one of the clerk replied back to me telling me not to put the Judge Myron H. Thompson name on my Notice of Appeals to give back to them so my Notice of Appeals can not go to the 11th Circuit Court Of Appeals in Atlanta, Georgia. I, Korea Witcher Johnson asking the FEDERAL BUREAU OF INVESTIGATION to watch out for this Notice of Appeals because the office of the clerk may wrongful filed the Notice of Appeals just like the clerks intentionally filed their lawsuit on the FEDERAL BUREAU OF INVESTIGATION. I, Korea Witcher Johnson is asking Judge Myron H. Thompson to watch for your name to be taken off the Notice of Appeals. The Kidnappers, Ku Klux Klan, hate groups, criminals, and plotters. the Social Security Administration and staff influence the clerks to tell me to take Judge Myron H. Thompson name off my Notice of Appeals. For what apparent reason I, Korea Witcher Johnson do not know. The Ku Klux Klan thought that the petition for an order was over and dismissed because they may lack the injustice power to control the Notice of Appeals. Because of the Notice of Appeals the Ku Klux Klan Kidnappers and Social Security Administration may turn violent against this Notice of Appeals. This a home grown terrorist against justice. We the people for the State of Alabama and I, Korea Witcher Johnson believe that Social Security Administration and their staff will try to use intimidation to removed phony court order from the Civil Action Case No. 2:06 CV463 MHT before it can reach Judge Myron H. Thompson and the 11th Circuit Court of Appeals. I, Korea Witcher Johnson is asking Judge Myron H. Thompson to investigate to see if the clerks and Magistrate Judge Vanzetta Penn McPherson used my CIVIL COVER SHEET from my Case No. 2: 02 CV160-A Judge Albritton with the Social Security

Administration by filing the lawsuit against the FEDERAL BUREAU OF INVESTIGATION. I, Korea Witcher Johnson is asking Judge Myron H. Thompson to help me seek justice for my five children. I, Korea Witcher Johnson like to notify Judge Myron H. Thompson that I am sending you evidence of revenge regarding the Social Security Administration.

Signature: Korea Witcher Johnson
July 17, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KOREA WITCHER JOHNSON

      Plaintiff,                            CIVIL ACTION NO. 2: 06 CV 463 - MHT

vs.

FEDERAL BUREAU OF INVESTIGATION

      Defendants.

## CERTIFICATE OF SERVICE

I, Korea Witcher Johnson, was instructed by a special agent in charge to send by fax my entire court records CIVIL ACTION NUMBER 2:06CV463- MHT to the FEDERAL BUREAU OF INVESTIGATION J. Edgar Hoover BID 935 Pennsylvania Avenue Washington, D.C. (202) 535-0001, (202) 324- 3000, and Fax- Number is (202) 323 – 2079. The FEDERAL BUREAU OF INVESTIGATION in Washington, D.C. told me to also send entire court records to special agent in charge of the FEDERAL BUREAU OF INVESTIGATION SAC Mack office in Mobile, Alabama Fax – Number (251-415-3235 and Birmingham, Alabama FEDERAL BUREAU OF INVESTIGATION office special agent in charge Fax- Number (205) 715-0232. I, Korea Witcher Johnson has also fax my entire court records to CIVIL RIGHTS ATTORNEYS in Selma, Alabama, Social Security Administration, and Zebley Case Coordinators in Baltimore, Maryland.