July 12, 2006

TO WHOM IT MAY CONCERN:

Mrs. Korea Witcher Johnson came in and asked to pull up a web site to access her court case number, KOREA WITCHER JOHNSON VS. FBI (2:06CV463MHT) within the web site www.almd.us.courts.gov. and click on the registration button. When I did this, I could not access her case number.

I then asked to speak to a clerk named Charlene. She stated that this information could not be accessed from the public library.

Sincerely,

L. Martin
Montgomery City-County Public Library