IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOREA WITCHER JOHNSON,     )
                           )
    Plaintiff,             )
                           )      CIVIL ACTION NO.
    v.                     )      2:06cv463-MHT
                           )           (WO)
FEDERAL BUREAU OF          )
INVESTIGATION,             )
                           )
    Defendant.             )
```

OPINION

Plaintiff filed this lawsuit asserting that defendant Federal Bureau of Investigation failed to investigate the kidnapping of her children.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

The court adds that, not only is defendant Federal Bureau of Investigation immune from suit, plaintiff has simply failed to state a cognizable claim under federal law.

An appropriate judgment will be entered.

DONE, this the 2nd day of August, 2006.


                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**