IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOREA WITCHER JOHNSON,      )
                            )
    Plaintiff,               )
                            )      CIVIL ACTION NO.
    v.                      )      2:06cv463-MHT
                            )           (WO)
FEDERAL BUREAU OF           )
INVESTIGATION,              )
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 7) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 2nd day of August, 2006.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**