IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG -3 P 2: 53

KOREA WITCHER JOHNSON
Plaintiff,   CIVIL ACTION NO. 2: 06 CV 463 - MHT

Vs.

FEDERAL BUREAU OF INVESTIGATION
Defendants.

NOTICE OF FILING

I, Korea Witcher Johnson would like to give United States District Court for the Middle District of Alabama Northern Division one additional letters from the State of Alabama Department of Public Health Center for Health Statistics signed and dated on June 23, 2004 by Dorothy S. Harshbarger, State Registrar and Director. We, Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson is giving our Affidavit dated June 16, 2004 and signed by Ronald Alfonzo Johnson, Sr., and Korea Witcher Johnson regarding our son,

Joshua Johnson State Of Alabama birth certificate. I, Korea Witcher Johnson is giving a letter from Alabama Medicaid Agency 501 Dexter Avenue P.O.Box 5624 Montgomery, Alabama 36103 - 5624 ( 334 ) 242 - 5000. Alabama Medicaid Agency legally should have a month, dated, year, and a signature on the Alabama Medicaid Agency letter which you can see that there is not a date, month, year, and signature on the Alabama Medicaid Agency letter. The Social Security Administration workers told the Alabama Medicaid Agency to write me a letter and not to put a date, month, year, and signature on the Alabama Medicaid Agency letter stating that my son, MalcolmX Johnson is no longer eligible for Supplemental Disability Income Check, and not eligible for Medicaid to illegally stopped my son, Supplemental Income Check monthly and his back checks that my son, MalcolmX Johnson was fully favorable for his Supplemental Disability Income Check and back checks from the Administrative Law Judge from the Office Of Hearings and Appeals at 3381 Atlanta Highway Montgomery, Alabama. ( 334 ) 223 - 7503. I, Korea Witcher Johnson like to state that the same thing happen to my son, MalcolmX Johnson Supplemental Disability Check and back checks the same thing happen to my Supplemental Disability Income monthly and back Supplemental Disability Income Checks because of conspiracy, hate, and because I, Korea Witcher Johnson

filed my five children case IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION. I, Korea Witcher Johnson is giving the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA Social Security Administration letters showing what has happen to Korea Witcher Johnson and my son, MalcolmX Johnson Supplemental Disability Income monthly and back Supplemental Income Checks. The Social Security Administration letters I, Korea Witcher Johnson is giving to the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION is dated for June 19, 2006. I, Korea Witcher Johnson is giving the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NOTHERN DIVISION Social Administration letter with my name Korea Witcher Johnson as the payee of my son, MalcolmX Johnson Supplemental Disability monthly checks and Supplemental Disability Income back checks dated January 17, 2006, January 20, 2006, and January 22, 2006. A Administrative Law judge gave a fully favorable and final decision regarding our Supplemental Income monthly checks and back checks and not the Social Security Administration workers. This is why my son, MalcolmX Johnson and I. Korea Witcher Johnson had to face the Administrative Law Judge . We, Korea Witcher

Johnson and MalcolmX Johnson was fully favorable for our Supplemental Disability Income Checks monthly and back checks by the Administrative Law Judge. The Administrative Law Judge do not know that the Social Security Administration did their Illegal paperwork to stopped our monthly and back Supplemental Disability Income Checks. The Social Security Administration Directors, supervisors, employees, and employers do not have a legal rights to say that I, Korea Witcher Johnson is not capable of handling and being the payee of my son, MalcolmX Johnson monthly and back Supplemental Disability Income Checks for my son, MalcolmX Johnson. Only a Administrative Law Judge and a doctor can say if a parent or parents is capable of handling and be a payee of their child or children Supplemental Disability Income monthly and back Supplemental Disability Income checks. I, Korea Witcher Johnson is giving the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN Social Security Administration letter at the address of 1101 22nd Avenue, 3rd floor, Meridian Mississippi 39301 ( 601 ) 693 – 5010 dated January 26, 1996. I, Korea Witcher Johnson is reporting this information to the Federal Bureau of Investigation (SAC) for Washington, D.C., Mobile, Alabama, and Birmingham, Alabama, and The Social Security

Administration for Washington, D.C. Baltimore Maryland, and Zebley Case Cooridinators in person and by telephone conversation.

Signature: *Karen Witcher Johnson*
8-3-06

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KOREA WITCHER JOHNSON

    Plaintiff,                     CIVIL ACTION NO. 2: 06 CV 463 - MHT

vs.

FEDERAL BUREAU OF INVESTIGATION

    Defendants.

CERTIFICATE OF SERVICE

I, Korea Witcher Johnson, was instructed by a special agent in charge to send by fax my entire court records CIVIL ACTION NUMBER 2:06CV463- MHT to the FEDERAL BUREAU OF INVESTIGATION J. Edgar Hoover BID 935 Pennsylvania Avenue Washington, D.C. (202) 535-0001, (202) 324- 3000, and Fax- Number is (202) 323 – 2079. The FEDERAL BUREAU OF INVESTIGATION in Washington, D.C. told me to also send entire court records to special agent in charge of the FEDERAL BUREAU OF INVESTIGATION SAC Mack office in Mobile, Alabama Fax – Number (251-415-3235 and Birmingham, Alabama FEDERAL BUREAU OF INVESTIGATION office special agent in charge Fax- Number (205) 715-0232. I, Korea Witcher Johnson has also fax my entire court records to CIVIL RIGHTS ATTORNEYS in Selma, Alabama, Social Security Administration, and Zebley Case Coordinators in Baltimore, Maryland.

Signature, *Korea Witcher Johnson*