Social Security Administration
# Supplemental Security Income
Important Information

SOCIAL SECURITY ADMIN
2450 PRESIDENTS DRIVE
MONTGOMERY, AL 36116
Claim Number: 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
January 17, 2006
DDC

KOREA JOHNSON FOR
MALCOLMX JOHNSON
2424 EAST 5TH STREET
MONTGOMERY AL 36106-1707

Dear KOREA JOHNSON

We are writing to tell you about MALCOLMX JOHNSON's Supplemental Security
Income (SSI) past-due benefits. In an earlier letter we told you that you must set up
a separate account in a financial institution for these past-due benefits before we
could pay them. Since you have done that, we are depositing the past-due benefits
into the separate account. The rest of this letter will tell you more about these
benefits.

## Information About His Past-Due Benefits Deposited Into Separate Account

We owe him back SSI payments of $17,816.00 for APRIL 2001-JANUARY 2006.
Because of the large amount, the law says we cannot pay all of the money in one
lump sum. Instead, we must pay it in up to three installments, six months apart.

When the back SSI payments are at least 12 times the maximum monthly payment,
including any money the State tells us to pay its residents, we generally must pay
this amount in installments. Usually this amount is also the limit for what we can
pay in the first and second installment payments. If a third installment is needed, it
will be for the balance of the back payments, after we have paid the first and second
installments.

We will send you the first installment payment of $7,236.00 about January 20,
2006.

We will send another letter in six months when we send the next installment.

- This action does not change his current payment amount.

- We will not count the past-due benefits in this separate account as a
  resource, and we will not count the interest earned on it as income or a
  resource. Unless we tell you, no other money may be put into the separate

See Next Page

account. If other money is deposited into the account and we do not approve that deposit, then in the month following that deposit, we must count all the money in the account as a resource and all interest as income.

- If you deposited other funds to set up the separate account, you must withdraw these other funds before the end of February 2006. Otherwise we will count all of the funds in the account as a resource.

## How The Money In The Separate Account May Be Used

Money in this separate account may be used for the following expenses:

- medical treatment; or

- education or job skills training.

The following expenses are also allowed if they benefit him and are related to his disability and/or blindness:

- personal needs assistance;

- special equipment;

- housing modification;

- therapy or rehabilitation; or

- other items or services approved by your local Social Security office.

If you knowingly use money from this separate account for anything other than the expenses shown above, you must repay that money to us from your own funds. Even if MALCOLMX JOHNSON begins to receive payments directly, the money in the account may be used only for the expenses listed above.

You must keep a record of all money taken from this account and receipts for all items or services bought.

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

## Getting More Of The Back Payment Right Away

In the following situations, he may be able to get larger installment payments or get his back payments more quickly.

But, any larger back payments would still have to be deposited in the separate account and only used for the expenses listed above in the section "How The Money In The Separate Account May Be Used."

1. We will pay all of the back payments at one time to a person who:

- is not eligible for SSI now and it appears that he or she will not be eligible for the 12 months after we first wrote to him or her about the back payments, or

- has a terminal illness and is not expected to live beyond 12 months.

2. We can pay a larger installment payment amount to a person who has certain debts or expenses. We can increase the installment by the amount of:

- current debts related to food; clothing; shelter; medicine; or medically necessary services; supplies or equipment.

- current or expected expenses in the near future for medicines; medically necessary services; supplies or equipment; or the purchase of a home.

The person must not be eligible to have the debts or expenses paid by anyone else. This includes any local, State, or Federal agency, and private arrangements with a person or business, such as an insurance company.

If either of these situations applies to him, he should call us right away at the telephone number shown below.

## If You Disagree With The Decision

If you disagree with the decision, you have the right to appeal. We will review your case again and consider any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a form SSA-561-U2, called "Request for Reconsideration." Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim." It contains more information about the appeal.

## How To Appeal

There are two ways to appeal. You can pick the way you want. If you meet with us in person, it may help us decide your case.

- Case Review - You have the right to review the facts in your file. You can give us more facts to add to your file. Then we'll decide your case again. You won't meet with the person who decides your case.

- Informal Conference - You'll meet with the person who decides your case. You can tell that person why you think you're right. You have the right to review the facts in your file. You can give us more facts to help prove you are right. You can bring other people to help explain your case.

## If You Want Help With Your Hearing

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

## If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. There you will also find the law and regulations about SSI eligibility and SSI payment amounts.

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                                                    Page 5 of 4

For general questions about SSI or specific questions about MALCOLMX
JOHNSON's case, you may call us toll-free at 1-800-772-1213 or call your local
Social Security office at 334-223-7183 EXT 3032. If you call or visit our office, please
bring this letter with you.


*David M Best*

David M Best
District Manager

## HOW WE FIGURED MALCOLMX JOHNSON'S PAYMENT FOR
## January 2003 THROUGH December 2003

### His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $552.00 |
| Minus (-) "Total income we count" (see below) | -165.00 |

**Total Monthly SSI Payment
  for January 2003 through December 2003**            $387.00

### His Income Other Than His SSI

Income he receives in January 2003 through December 2003 affects his payment for January 2003 through December 2003

| | |
|---|---|
| Assistance payment based on need<br>  received in January 2003 through December 2003 | $165.00 |

**Total income we count**            $165.00



SSA-L8025

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
01/16/2006

## HOW WE FIGURED MALCOLMX JOHNSON'S PAYMENT FOR January 2004 THROUGH December 2004

### His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $564.00 |
| Minus (-) "Total income we count" (see below) | -165.00 |

**Total Monthly SSI Payment
for January 2004 through December 2004**          $399.00

### His Income Other Than His SSI

Income he receives in January 2004 through December 2004 affects his payment for January 2004 through December 2004

| | |
|---|---|
| Assistance payment based on need received in January 2004 through December 2004 | $165.00 |

**Total income we count**          $165.00

SSA-L8025

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
01/16/2006

## HOW WE FIGURED MALCOLMX JOHNSON'S PAYMENT FOR
## January 2005 THROUGH December 2005

### His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $579.00 |
| Minus (-) "Total income we count" (see below) | −165.00 |

**Total Monthly SSI Payment**
**for January 2005 through December 2005**          $414.00

### His Income Other Than His SSI

Income he receives in January 2005 through December 2005 affects his payment for January 2005 through December 2005

Assistance payment based on need
  received in January 2005 through December 2005          $165.00

**Total income we count**          $165.00



SSA-L8025

## HOW WE FIGURED MALCOLMX JOHNSON'S PAYMENT FOR January 2006

### His Payment Amount

The most SSI money the law allows us to pay                    $603.00
Minus (-) "Total income we count" (see below)                  -165.00

### Total SSI Payment for January 2006          $438.00

### His Income Other Than His SSI

Income he receives in January 2006 affects his payment for January 2006

Assistance payment based on need received in January 2006      $165.00

### Total income we count          $165.00

SSA-L8025

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
01/16/2006

## HOW WE FIGURED MALCOLMX JOHNSON'S PAYMENT FOR
## February 2006 ON

### His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $603.00 |
| We didn't subtract (-) any income from SSI money | − 0.00 |

### Total Monthly SSI Payment
### for February 2006 on

$603.00



SSA-L8025

# Social Security Administration



Date:  June 19, 2006
Claim Number:  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DI

1BEV010003208  0.345  MB  0.326    T00000013

KOREA WITCHER JOHNSON
2424 EAST 5TH STREET
MONTGOMERY AL 36106-1707
||.||.||....|||||....||....|||....||||....|...|..|.|.|..|..||.|

You asked us for information from your record.  The information that you requested is shown below.  If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning January 2006, the current Supplemental Security Income payment is $ 603.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 334-223-7183.  We can answer most questions over the phone.  You can also write or visit any Social Security office.  The office that serves your area is located at:

SOCIAL SECURITY
2450 PRESIDENTS DRIVE
MONTGOMERY, AL 36116

See Next Page

Social Security Administration
# Supplemental Security Income
Important Information

Date: January 20, 2006
Claim Number: 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 DC

623   0113,M02,082,019827        000019827 01 MB     0.326

KOREA WITCHER JOHNSON
FOR MALCOLMX JOHNSON
2424 EAST 5TH STREET
MONTGOMERY AL 36106-1707

|..ll..ll...ll|ll...ll.....lll...lll.....l...l..l.l.l..l.l...l.ll.l

Type of Payment:
Child--Disabled

We are writing to tell you about changes in MALCOLMX JOHNSON's
Supplemental Security Income record.  The rest of this letter will tell you more
about this change.

## The Payments of MALCOLMX JOHNSON Will Be As Follows:

| From | Through | Amount Due Each Month |
|------|---------|------------------------|
| February 1, 2006 | Continuing | $603.00 |

We are also writing to tell you about MALCOLMX JOHNSON's Supplemental
Security Income past-due benefits.  In an earlier letter we told you that you
must set up a separate account in a financial institution for these past-due
benefits before we could pay them.  Since you have done that, we are
depositing the past-due benefits into the separate account.  The rest of this
letter will tell you more about these benefits.

## Information About MALCOLMX JOHNSON's Payments

This action does not change his current payment amount.

## Information About MALCOLMX JOHNSON's Past-Due Benefits Deposited Into Separate Account

- We owe MALCOLMX JOHNSON back SSI payments of $17,816.00 for
  June 2002 through January 2006.  Because of the large amount, the law
  says we cannot pay all of the money in one lump sum.  Instead, we
  must pay it in up to three installments, six months apart.

See Next Page

SSA-L8166



- When the back SSI payments are at least 12 times the maximum monthly payment, including any money the State tells us to pay its residents, we generally must pay this money in installments. Usually, this amount is also the limit for what we can pay in the first and second installment payments. If a third installment is needed, it will be for the balance of the back payments after we have paid the first and second installments.

- We will send your bank or other financial institution his first installment payment of $7,236.00 about January 13, 2006.

  We will send another letter in 6 months when we send the next installment.

- We will not count the past-due benefits in this separate account as a resource, and we will not count the interest earned on it as income or a resource. Unless we tell you, no other money may be put into the separate account. If other money is deposited into the account, and if we do not approve that deposit, then we must count all the money in the account as a resource and all interest as income.

- If you deposited other funds to set up the separate account, you must withdraw these other funds before the end of February 2006. Otherwise, we will count all of the funds in the account as his resource.

## How The Money In The Separate Account May Be Used

- Money in this separate account may be used for the following expenses:

  -- medical treatment; and

  -- education or job skills training.

- The following expenses are also allowed if they benefit MALCOLMX JOHNSON and are related to his disability and/or blindness:

  -- personal needs assistance;

  -- special equipment;

  -- housing modification;

  -- therapy or rehabilitation; or

  -- other items or services approved by your local Social Security office, like legal fees incurred by the child in establishing a claim for disabled child's benefits.

SSA-L8166

Social Security Administration
**Supplemental Security Income**
Important Information

Date:  June 22, 2006
Claim Number:  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 DC

623    0615,M02,059,012513      000012513 01 AB      0.317

KOREA WITCHER JOHNSON
FOR MALCOLMX JOHNSON
2424 EAST 5TH STREET
MONTGOMERY AL 36106-1707
ı.ılı.ıll....ıllll....llı...ıllıı.ıll...ı.ıl.ı.l.ıl.ı.ıll.ı

We are writing to tell you about changes in MALCOLMX JOHNSON's
Supplemental Security Income payments.  The rest of this letter will tell you
more about this change.

**Our Decision About How We'll Pay MALCOLMX JOHNSON**

After considering all the information available, we have decided that
Supplemental Security Income payments for MALCOLMX JOHNSON will be
paid directly to him.

**If You Have Saved Any Money**

While you were MALCOLMX JOHNSON's representative payee, you may have
saved some money for him.  If you have, you should return it to us unless you
have already made other plans with us for handling it.  The money you will
need to return includes:

- Saved and invested benefits.

- Interest earned from these savings and investments.

- Money you have left over from any checks we sent you.

- Any checks you might get after the date of this letter.

**How To Pay Us Back**

To do this, you can write us a check or money order.  Make it out to the
Social Security Administration.  Be sure to write "Conserved Funds for
MALCOLMX JOHNSON, 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" on that check or money order.  Please
mail it to the address of the Social Security office shown below.



See Next Page

SSA-L8165

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
06/22/2006

## If You Have Any Questions

For general information about SSI, visit our website at www.socialsecurity.gov on the Internet. There, you will also find the law and regulations about SSI eligibility and SSI payment amounts.

For general questions about SSI or specific questions about MALCOLMX JOHNSON's case, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 334-223-7183. Our lines are busiest early in the week and early in the month, so if your business can wait, it's best to call at other times. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
2450 PRESIDENTS DRIVE
MONTGOMERY AL 36116

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Linda S. McMahon
Deputy Commissioner
    for Operations

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DI

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.

Linda S. McMahon
Deputy Commissioner
for Operations

Social Security Administration
_____

                              Social Security Administration
                              1101 22nd Avenue, 3rd Floor
                              Meridian, MS  39301

                              (601) 693-5010

                              January 26, 1996


Korea Johnson and
Ronald Johnson
514 Country Club Road East
Apt #22
Marion, MS  39342

Dear Ms. Johnson:


We are  writing per our conversation  on January 26, 1996.  As I
had  told you, SSI checks cannot be  Garnished for any reason.  I
have included a copy of  our manual which states; SSI payments are
not  subject to Garnishment.  If you have  any questions you can
ask for Lorraine Marceron at  the phone number above.


                              Thank you,

                              *Lorraine Marceron* (signature)
                              Lorraine Marceron
                              Service Representative



SSI checks cannot be garnished for child support.

Above statement typed by
    *Lorraine Marceron* (signature)  1/30/96

# STATE OF MISSISSIPPI




## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

Amended by authority of Sec 41-57-21, Miss. Code of 1972

NOV 1 o 1998

96=15009

**CERTIFICATE OF LIVE BIRTH**
STATE OF MISSISSIPPI

STATE FILE NUMBER 123-

**TYPE OR PRINT WITH BLACK INK**

FILING DATE JUN 0 6 1996

**CHILD**

1. CHILD—NAME First: MalcolmX  Middle:  Last: JOHNSON
2a. DATE OF BIRTH (Month, Day, Year): FEB. 16, 1996  2b. HOUR OF BIRTH: 7:48 a.m.
3. SEX: MALE  4a. THIS BIRTH SINGLE, TWIN, TRIPLET, ETC. (Specify): SINGLE  4b. IF NOT SINGLE BIRTH, BORN FIRST, SECOND, ETC. (Specify): 0  5. BIRTH WEIGHT (Enter only in the type of measure on the scales used): 7 lbs. 0 ozs. OR grams
6a. HOSPITAL OR CLINIC—NAME (If not in either, give street address or route number): RILEY MEMORIAL HOSPITAL (38-F)  6b. CITY OR TOWN OF BIRTH: MERIDIAN  6c. COUNTY OF BIRTH: LAUDERDALE

**FATHER**

7a. FATHER—NAME First: RONALD  Middle: ALFONZA  Last: JOHNSON  7b. RACE (Specify White, Black, American Indian, etc.): BLACK  7c. DATE OF BIRTH (Month, Day, Year): JUNE 2, 1956  7d. STATE OF BIRTH: AL

**MOTHER**

For RESIDENCE items, enter actual location of home rather than mailing address.

8a. MOTHER—NAME First: KOREA  Middle: N/A  Maiden: WITCHER  8b. RACE (Specify White, Black, American Indian, etc.): BLACK  8c. DATE OF BIRTH (Month, Day, Year): JAN. 8, 1955  8d. STATE OF BIRTH: AL
9a. RESIDENCE—STATE: MS  9b. COUNTY: LAUDERDALE  9c. CITY OR TOWN: MARION  9d. INSIDE CITY LIMITS (Specify Yes or No): YES  9e. STREET AND NUMBER OR RURAL LOCATION: 514 OLD CO. CLUB RD EAST
10a. MAILING ADDRESS—STREET AND NUMBER OR ROUTE AND BOX NUMBER: P.O. BOX 305  10b. CITY OR TOWN: MARION  10c. STATE AND ZIP CODE: MS 39342

**INFORMANT**

11a. I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT SIGNATURE OF EITHER PARENT ► *Korea Johnson*  11b. SOCIAL SECURITY CARD REQUESTED FOR NEWBORN: ☒ Yes ☐ No  11c. DATE SIGNED (Month, Day, Year): FEB. 16, 1996

**CERTIFIER**

12a. I CERTIFY THAT THE STATED INFORMATION CONCERNING THIS CHILD IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF SIGNATURE ► *Shirley Glover*  12b. DATE SIGNED (Month, Day, Year): FEB. 16, 1996  12c. NAME AND TITLE OF PERSON WHO DELIVERED CHILD IF OTHER THAN CERTIFIER (Type or print): WILLIAM HAMILTON, DO
12d. CERTIFIER—NAME AND TITLE (Type or print): SHIRLEY F. GLOVER, UNIT SEC  12e. MAILING ADDRESS (Street and number or box number, City or town, State, ZIP code): 1102 CONSTITUTION AVE. MERIDIAN, MS 39301

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

*B. E. Thompson Jr MD*
F. E. Thompson, Jr., M.D., M.P.H.
STATE HEALTH OFFICER

*Nita Cox Gunter*
Nita Cox Gunter
STATE REGISTRAR

NOV 19 98

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.



STATE OF ALABAMA
## DEPARTMENT OF PUBLIC HEALTH
DONALD E. WILLIAMSON, M.D. • STATE HEALTH OFFICER

## CENTER FOR HEALTH STATISTICS
DOROTHY S. HARSHBARGER • DIRECTOR
June 23, 2004

2004-282-698-4
KOREA JOHNSON
3318 ROUNDTREE RD
MONTGOMERY AL 36108

RE: Joshua Johnson
    Control Number : 2004-282-698-4
    Amount Received:  $12.00

The birth certificate you requested is not on file in the Alabama Center for Health Statistics. Enclosed is a Certificate of Failure to Find Record that may be used as proof that the original birth certificate was never filed.

If you would like to have a birth certificate, you may put one on file by providing us with certain information about the facts of birth. The record we will put on file is called a Delayed Certificate of Birth. We have enclosed an application form and a Delayed Certificate of Birth Information Packet that explains the process you must follow. If you choose to place a Delayed Certificate of Birth on file, please read and follow the instructions in the packet. However before you decide to file, you should also check with any government agency requesting a copy of your birth certificate to see if they will accept a Delayed Certificate of Birth. Some agencies, such as the Social Security Administration, may not accept a Delayed Certificate of Birth that has been filed within five years of the intended use date.

The fee for us to search for your birth certificate and issue the Certificate of Failure to Find Record was $12.00. Any additional money you may have paid is noted above and will be held on file and applied to the delayed birth certificate.

If you would like more information about Delayed Certificates of Birth or need further assistance, please call us at (334)206-2641.

Sincerely

Dorothy S. Harshbarger
State Registrar and Director

Enclosure(s)

A copy of the Alabama Department of Public Health Notice of Privacy Practices is available upon request or at www.adph.org.

Mailing Address:                                334/206-5418                    Physical Location:
P.O. Box 5625                                                                    RSA Tower, Suite 1150
Montgomery, Alabama 36103-5625                                                  201 Monroe Street
                                                                               Montgomery, Alabama 36104

June 16, 2004                          Ronald Alfonza Johnson, Sr.
                                       Korea Witcher Johnson
                                       3318 Roundtree Road
                                       Montgomery, Alabama 36108
                                       ( 334 ) 834 - 3369
                                       ( 334 ) 277 - 3278 - Fax - number

Affidavit

For the Center for Health Statistics P.O. Box 5625 Montgomery, Alabama

36103 - 5625 ( 334 ) 206 - 5418 11TH Floor Room 1150 for the release of

our son, Joshua Johnson State of Alabama Birth Certificate who was born

on July 4, 1991 male time of birth 2:38 a.m. at DCH Regional  Medical

Center Hospital in Tuscaloosa County, Tuscaloosa, Alabama. Our son,

Joshua Johnson State of Alabama Birth Certificate should be released to his

father and mother Ronald Alfonza Johnson, Sr., and Korea Witcher Johnson

at our request. We, Ronald Alfonza Johnson, Sr., and Korea Witcher

Johnson are the legal biological father and mother of our son, Joshua

Johnson. Our son, Joshua Johnson State of Alabama Birth Certificate should

be protected by the State of Alabama State Seal in the United States of

America.

*Ronald A. Johnson Sr.*
*Korea Witcher Johnson*
Ronald Alfonza Johnson, Sr
Korea Witcher Johnson

*Rita B Parker*
NOTARY    My Commission Expires 5/4/05

**ALABAMA MEDICAID AGENCY**
P.O. Box 5624
Montgomery, AL 36103-5624

Return Service Requested

PHI – OPEN BY ADDRESSEE ONLY

$ 00.39⁰
02 1A
0004525335   JUN 22 2006
MAILED FROM ZIP CODE 36104

PARENT OR GUARDIAN OF
MALCOLMX JOHNSON
2424 E 5TH ST
MONTGOMERY AL   36106-1707

36106+1707-24 C041

# Alabama Medicaid Agency



**501 Dexter Avenue**
P.O. Box 5624
Montgomery, Alabama 36103-5624

www.medicaid.alabama.gov
email: almedicaid@medicaid.alabama.gov
Telecommunication for the Deaf: 1-800-253-0799
1-800-362-1504        (334) 242-5000

BOB RILEY
Governor

CAROL A. HERRMANN-STECKEL, MPH
Commissioner

## NOTICE OF REMAINING MEDICAID ELIGIBILITY

PARENT OR GUARDIAN OF
MALCOLMX JOHNSON
2424 E 5TH ST
MONTGOMERY AL   36106-1707

SSN: 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

DEAR MALCOLMX JOHNSON,

The Social Security Administration has told us that you are no
longer eligible for SSI; therefore, you are not eligible for
Medicaid under that program. However, Medicaid policy allows
children under the age of 19 to have up to 12 months of continuous
eligibility from the date of determination. Your continuous
eligibility will end 05/2007. If your SSI check starts again,
your Medicaid will be continuous for another 12-month period.

If there is anything that you do not understand, you may call us
at: 1-800-362-1504.



Joshua, Korea, & Rona Johnson