RECEIVED

UNITED STATES DISTRICT COURT 2006 AUG -7 P 1:14
MIDDLE DISTRICT OF ALABAMA
<u>Northern</u> DIVISION

Korea Witcher Johnson )
)
                    Plaintiff,        )
)
        vs.                           )        CIVIL ACTION NO. 2:06 CV 463-MHT
)
)
Federal Bureau of Investigation )
)
                    Defendant.        )

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Korea Witcher Johnson

above named, hereby appeals to the United States Court of Appeals for the Eleventh

Circuit from the <u>Opinion & Judgement</u> entered in this action on the <u>2nd</u> day of

<u>August</u>, 19 2006.

_____
Signature

8-7-06
_____
Date of Signature

2424 E. 5th Street
Montgomery, AL 36106
Address

IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

2006 AUG -7  P  1: 14

KOREA WITCHER JOHNSON

              Plaintiff,            CIVIL ACTION NO. 2: 06 CV 463 - MHT

vs.

FEDERAL BUREAU OF INVESTIGATION

              Defendants.

## NOTICE OF APPEAL

To: United States Court of Appeals for the Eleventh Circuit , Supreme Court of the

    United States Washington, D.C.

I, Korea Witcher Johnson, did not file a CIVIL ACTION lawsuit against the FEDERAL

BUREAU OF INVESTIGATION. I did not ask for a jury demand, a criminal trial,

amount of money, and I never fill out or filed a CIVIL COVER SHEET JS44 ( Rev.

11/04). We the people for the State of Alabama and I, Korea Witcher Johnson filed a

petition for an order of the FEDERAL BUREAU OF INVESTIGATION to investigate

the kidnapping of my five children: Geneva Ronda Johnson, Ronald Alfonzo Johnson, Jr.,

Rona, Joshua, and Korea Johnson who were kidnapped from the states of Alabama,

Georgia, Florida, Louisiana, and Mississippi. The kidnappers from Cobb County Georgia,

Montgomery, Alabama Social Security Administration, Federal Court Office of the clerk

and United States Magistrate Judge Vanzetta Penn McPherson plotted this illegal lawsuit

against the FEDERAL BUREAU OF INVESTIGATION with conspiracy to cover up the

kidnapping of my five children. I, Korea Witcher Johnson would like for the United States
Federal Courts, The Supreme Court of the United States and The FEDERAL BUREAU
OF INVESTIGATION to know that the KU KLUX Klan from the State of Georgia
control Montgomery, Alabama Social Security Administration office who turn and control
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION. The Ku Klux Klan placed a phony court order in my records.
This phony court order in my records was not written by any of Georgia State courts.
United States Magistrate Judge Vanzetta Penn McPherson used this phony court order
against me and Magistrate Judge Vanzetta Penn McPherson ask me to give a federal statue
against the FEDERAL BUREAU OF INVESTIGATION. I, Korea Witcher Johnson feel
that the Magistrate Judge Vanzetta Penn McPherson and the office of the clerk should give
a federal statue against FEDERAL BUREAU OF INVESTIGATION because they are the
one's who filed a lawsuit against the FEDERAL BUREAU OF INVESTIGATION in their
kangaroo court room 5-A. ( Conference Hearing Court Room 5-A. on June 27, 2006 at
10:00 A.M.) I, Korea Witcher Johnson would like for the UNITED STATES FEDERAL
COURTS and the FEDERAL BUREAU OF INVESTIGATION to know that the phony
court order the Magistrate Judge Vanzetta Penn McPherson used against me do not have a
court seal on it. The phony court order do not versus me. The Judge name on the phony
court never serve as Judge in the State of Georgia. ( Please investigate ). The State of
Georgia do not know that the Ku Klux Klan and the Kidnappers typed up a phony court
order in their name and used it to cover up the kidnapping of my five children from
Alabama, Georgia, Florida, Louisiana, and Mississippi. The GEORGIA BUREAU OF
INVESTIGATION ask me to send them my entire records. I, Korea Witcher Johnson

would like for the Federal Courts and the FEDERAL BUREAU OF INVESTIGATION to

know that the phony court order was typed up and sent from Marietta, Georgia ( Cobb

County ). I, Korea Witcher Johnson notified the Cobb County Police Department and they

gave me a letter to give to the Federal Court. Cobb County Georgia Police Department and

the GEORGIA BUREAU OF INVESTIGATION stated to me that a court order would

name  me as a defendant and a State Court in Georgia would versus me. United States

Magistrate Judge Vanzetta Penn McPherson, Ku Klux Klan, Kidnappers, and

Montgomery, Alabama Social Security Administration workers overlooked the Cobb

County Georgia Police Department and GEORGIA BUREAU OF INVESTIGATION

report and railroaded injustice against me and the FEDERAL BUREAU OF

INVESTIGATION without court justice to serve and protect. The United States Magistrate

Judge Vanzetta Penn McPherson and the office of the clerk did not want the FEDERAL

BUREAU OF INVESTIGATION  and their attorney's to attend the conference hearing on

June 27, 2006 at 10:00 A.M. Courtroom 5-A. The conspiracy plot was to keep the

FEDERAL BUREAU OF INVESTIGATION away from seeing the petition for an order.

The Federal Court did not want the FEDERAL BUREAU OF INVESTIGATION to see

the Cobb County Police Department report. The Magistrate Judge Vanzetta Penn

McPherson  and the office of the clerk could not afford to let anything get in their way to

bring about injustice and their request to seek injustice. The Ku Klux Klan, Kidnappers

and Montgomery, Alabama Social Security Administration workers used their injustice

power to cut off all communication from the FEDERAL BUREAU OF INVESTIGATION

and overruled a United States Federal Judge who was helpless to seek justice. This was

done under conspiracy to keep the FEDERAL BUREAU OF INVESTIGATION from

reading the GEORGIA BUREAU OF INVESTIGATION report. We the people for the
State of Alabama and I, Korea Witcher Johnson knows that this conspiracy is of
homegrown terrorist who has no fear of justice and law enforcement. This injustice act of
homegrown terrorist to take over many years of justice has become a victory to over power
the ruling of the laws of the United States of America. We the people for the State of
Alabama and I, Korea Witcher Johnson ask the United States District Courts and
FEDERAL BUREAU OF INVESTIGATION to investigate why the United States
Magistrate Judge Vanzetta Penn McPherson pass a phony court order juvenile court order
against me as an adult inside of a Federal Courtroom 5-A. In her order to dismiss she
stated a State Court order against me. This is why the GEORGIA BUREAU OF
INVESTIGATION ask to see court records. The Government and the FEDERAL
BUREAU OF INVESTIGATION was kept away from this case because they had the
power to subpoena the state courts of Georgia for court orders, court records, arrest
warrants, and the name of the State Court Judge. The United States District Court Judge
Myron H. Thompson, The FEDERAL BUREAU OF INVESTIGATION, the Government,
and the United States Appeals Courts decided to subpoena the State of Georgia State Court
records. The Ku Klux Klan, Kidnappers and Montgomery, Alabama Social Security
Administration workers will send in all out intimidation against you. This is what We the
people for the State Of Alabama and I, Korea Witcher Johnson believe happened to the
United States Magistrate Judge Vanzetta Penn McPherson. ( Please investigate). We the
people for the State Of Alabama and I, Korea Witcher Johnson believe that my son, Joshua
Johnson was kidnapped from Montgomery, Alabama by members of the Ku Klux Klan
who took my son, Joshua Johnson to State of Georgia and lynch him. This why my son,

Joshua Johnson has no birth record in the State Of Alabama were he was born. My son,

Joshua Johnson birth record that we believe was replaced for a death certificate. My

daughter, Korea Johnson was kidnapped alone with her other four sisters, and brothers,

who were Geneva Ronda Johnson, Ronald Alfonzo Johnson, Jr., Rona, and Joshua

Johnson. We the people for the State Of Alabama and I, Korea Witcher Johnson are asking

the Civil Rights Attorney's to motion for this appeal to be removed from the State of

Alabama to another United States District Court. My five children can not seek justice or

be serve and protected by law enforcement under injustice and intimidation. It is wrong for

a federal court to file a lawsuit against the FEDERAL BUREAU OF INVESTIGATION

and used my name as a plaintiff in a conspiracy by members of the Ku Klux Klan and

homegrown terrorist who are gaining more power and victory on justice. The United States

District Court and the office of the clerk filed this phony lawsuit against the FEDERAL

BUREAU OF INVESTIGATION at the conference hearing someone from the Social

Security Administration set in the seat where the FEDERAL BUREAU OF

INVESTIGATION Attorney's seat. (Please investigate). I, Korea Witcher Johnson has

already met with intimidation from Montgomery, Alabama Social Security Administration

workers David Best, Roy Bradford, A. C. Brown, Willie Tillis, and staff because I, Korea

Witcher Johnson filed a petition for an order for my five children into the United States

District Court for the Middle District of Alabama Northern Division the Social Security

Administration illegally stopped my disable son, MalcolmX Johnson monthly

Supplemental Disability Income Check and his Supplemental Disability back Income

check that was $17, 816.00 a favorable decision by the Office Of Hearings and Appeals

Administrative Law Judge for January 1, 2006. The Social Security Administration

notified the Alabama Medicaid Agency and told the Alabama Medicaid Agency that my

son MalcolmX Johnson no longer eligible for Supplemental Disability Income check. This

have stopped my disable son, MalcolmX Johnson S.S.I. Disability Income Check and his

State Of Alabama Medicaid to received his medication. The Alabama Medicaid Agency

did not put a date, month, year, and their letter was not signed by the person who typed

their letter. This revenge against me and the FEDERAL BUREAU OF INVESTIGATION

causing my son, MalcolmX Johnson not to received his monthly checks for July 1, 2006

and back S.S.I. Disability Income checks for the amount balance is $ 10,580.00 and

medication. I, Korea Witcher Johnson and MalcolmX Johnson  received a favorable

decision by the Office Of Hearings and Appeals Administrative Law Judge for my S.S.I.

back lump sum that is due to me is $!9,000.00 but my balance now is $11,764 but the

Social Security Administration and their staff  illegally stopped me, and my son,

MalcolmX Johnson back S.S.I. without the Office of  Hearings and Appeals Judge on

Atlanta Highway knowing about it. I, Korea  Witcher  Johnson  and my son, MalcolmX

Johnson have already been paid  7, 236.00 for the past six month since January 1, 2006.

$7, 236.00 this amount was  posted at Wachovia Bank on 2773 Zelda Road Montgomery,

Alabama 36106.( 334- 270- 2360) for Korea Witcher Johnson and MalcolmX Johnson

electronic filing. In this case there is so much conspiracy and hate against me and my five

children, The FEDERAL BUREAU OF INVESTIGATION, and the justice system. After

the Magistrate Judge Vanzetta Penn McPherson illegally dismissed my five children

petition for an order the United States District Court for the Middle District of Alabama

Northern Division clerks, and Social Security Administration workers laughing and

making fun like this is a joking matter. I, Korea Witcher Johnson called the United States

District Court for the Middle District of Alabama Northern Division to speak to a clerk on

July 12, 2006 to ask what is my civil case no. one of the clerk replied back to me telling

me not to put the Judge Myron H. Thompson name on my Notice of Appeals to give back

to them so my Notice of Appeals can not go to the 11th Circuit Court Of Appeals in

Atlanta, Georgia. I, Korea Witcher Johnson asking the FEDERAL BUREAU OF

INVESTIGATION to watch out for this Notice of Appeals because the office of the clerk

may wrongful filed the Notice of Appeals just like the clerks intentionally filed their

lawsuit on the FEDERAL BUREAU OF INVESTIGATION.  I, Korea Witcher Johnson is

asking Judge Myron H. Thompson to watch for your name to be taken off the Notice of

Appeals. The Kidnappers, Ku Klux Klan, hate groups, criminals, and plotters. the Social

Security Administration and staff influence the clerks to tell me to take Judge Myron H.

Thompson name off my Notice of Appeals. For what apparent reason I, Korea Witcher

Johnson  do not know. The Ku Klux Klan thought that the petition for an order was over

and dismissed because they may lack the injustice power to control the Notice of Appeals.

Because of the Notice of Appeals the Ku Klux Klan Kidnappers and Social Security

Administration may turn violent against this Notice of Appeals. This a home grown

terrorist against justice. We the people for the State of Alabama and I, Korea Witcher

Johnson believe that Social Security Administration and their staff will try to use

intimidation to removed phony court order from the Civil Action Case No. 2:06 CV463

MHT before it can reach Judge Myron H. Thompson and the 11th Circuit Court of

Appeals. I, Korea Witcher Johnson is asking Judge Myron H. Thompson to investigate to

see if the clerks and Magistrate Judge Vanzetta Penn McPherson used my CIVIL COVER

SHEET from my Case No. 2: 02 CV160-A Judge Albritton with the Social Security

Administration by filing the lawsuit against the FEDERAL BUREAU OF

INVESTIGATION. I, Korea Witcher Johnson is asking Judge Myron H. Thompson to help

me seek justice for my five children. I, Korea Witcher Johnson like to notify Judge Myron

H. Thompson that I am sending you evidence of revenge regarding the Social Security

Administration.

Signature : Korea Witcher Johnson

8-7-06

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA  RECEIVED
NORTHERN DIVISION

2006 AUG -7  P 1: 15

KOREA WITCHER JOHNSON

Plaintiff,                          CIVIL ACTION NO. 2: 06 CV 463 - MHT

vs.

FEDERAL BUREAU OF INVESTIGATION

Defendants.


CERTIFICATE OF SERVICE

I, Korea Witcher Johnson, was instructed by a special agent in charge to send by fax my

entire court records CIVIL ACTION NUMBER 2:06CV463- MHT to the FEDERAL

BUREAU OF INVESTIGATION J. Edgar Hoover BID 935 Pennsylvania Avenue

Washington, D.C. (202) 535-0001, (202) 324- 3000, and Fax- Number is (202) 323 –

2079.  The FEDERAL BUREAU OF INVESTIGATION in Washington, D.C. told me

to also send entire court records to special agent in charge of the FEDERAL BUREAU

OF INVESTIGATION SAC Mack office in Mobile, Alabama Fax – Number (251-415-

3235 and Birmingham, Alabama FEDERAL BUREAU OF INVESTIGATION office

special agent in charge Fax- Number (205) 715-0232.  I, Korea Witcher Johnson has

also fax my entire court records to CIVIL RIGHTS ATTORNEYS in Selma, Alabama,

Social Security Administration, and Zebley Case Coordinators in Baltimore, Maryland.

Signature: Korea Witcher Johnson

RECEIVED

2006 AUG -7 P 1: 14

Korea Witcher Johnson

2424 East 5th Street
Montgomery, AL 36106

--------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

Case: 2:06-cv-00463-MHT-VPM Document #: 10-1 Date Filed: 08/02/2006 Page 1 of 2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| KOREA WITCHER JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv463-MHT |
| ) | (WO) |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 7) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 2nd day of August, 2006.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE

A copy of this checklist is available at the website for the USCA, 11th Circuit at www.ca11.uscourts.gov
Effective on April 9, 2006, the new fee to file an appeal will increase from $255.00 to $455.00.

## CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders:** Courts of Appeals have jurisdiction conferred and strictly limited by statute:

   (a) **Appeals from final orders pursuant to 28 U.S.C. § 1291:** Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C.§ 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. v. Mestre, 701 F.2d 1 365, 1 368 ( 11th Ci r. 1 983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. § 636(c).

   (b) **In cases involving multiple parties or multiple claims,** a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b). Williams v. Bishop, 732 F.2d 885, 885- 86 (11th Cir. 1984). A judg ment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S.196, 201, 108 S.Ct. 1717, 1721-22, 100 L .Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

   (c) **Appeals pursuant to 28 U.S.C. § 1292(a):** Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions . . ." and from "[i]nterlocutory decrees . . . determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

   (d) **Appeals pursuant to 28 U.S.C. § 1292(b) and Fed.R.App.P. 5:** The certification specified in 28 U.S.C. § 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

   (e) **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546, 69S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S.Ct. 308, 312, 13 L.Ed.2d 199 (1964).

                                                                          Rev.: 4/04

2.   <u>**Time for Filing**</u>: The timely filing of a notice of appeal is mandatory and jurisdictional. <u>Rinaldo v. Corbett</u>, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P. 4(a) and (c) set the following time limits:

(a)   **Fed.R.App.P. 4(a)(1):** A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD – no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

(b)   **Fed.R.App.P. 4(a)(3):** "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

(c)   **Fed.R.App.P. 4(a)(4):** If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

(d)   **Fed.R.App.P. 4(a)(5) and 4(a)(6):** Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

(e)   **Fed.R.App.P. 4(c):** If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. § 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3.   <u>**Format of the notice of appeal:**</u> Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. <u>See also</u> Fed.R.App.P. 3(c). A <u>pro se</u> notice of appeal must be signed by the appellant.

4.   <u>**Effect of a notice of appeal:**</u> A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).

MIME-Version:1.0 From:efile_notice@almd.uscourts.gov To:almd_mailout@almd.uscourts.gov Bcc:
Message-Id:<580265@almd.uscourts.gov>Subject:Activity in Case 2:06-cv-00463-MHT-VPM Johnson
v. Federal Bureau of Investigation (MAG+) "Order Adopting Report and Recommendations"
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing
The following transaction was received from djy, entered on 8/2/2006 at 12:27 PM CDT and filed on
8/2/2006

| | |
|---|---|
| **Case Name:** | Johnson v. Federal Bureau of Investigation (MAG+) |
| **Case Number:** | 2:06-cv-463 |
| **Filer:** | |

**WARNING: CASE CLOSED on 08/02/2006**

| | |
|---|---|
| **Document Number:** | 10 |

**Docket Text:**
JUDGMENT, in accordance with the memorandum opinion entered this date, it is the ORDER,
JUDGMENT and DECREE of the court as follows: (1) plf's objections [8] are overruled; (2) ADOPTING
REPORT AND RECOMMENDATIONS [7] of the Mag Judge; (3) this lawsuit is dismissed pursuant to
28 USCA 1915; further ORDERING that costs are taxed against plf, for which execution may issue; .
Signed by Judge Myron H. Thompson on 8/2/06. (Attachments: # (1) civil appeals checklist)(djy, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2006] [FileNumber=580263-0]
[1a40bcdc231bbb7b3a484c9b6f49593cda953726065b027fe41a3a425e44833f27c7b
0a815adabdb8ecf38771443ac0f9a1675eb28f3a7cf9b7d4c09e7e60e34]]
**Document description:** civil appeals checklist
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2006] [FileNumber=580263-1]
[03339fb6831da09ff48746f8253c174d20db6b133619c3c46089d6658c8bae3df3942
c593fa81cfa7ceb443d1346fd3f7ba1c74efadb816e575012d034f3b825]]

**2:06-cv-463 Notice will be electronically mailed to:**
Leura Garrett Canary    leura.canary@usdoj.gov, bertha.moore@usdoj.gov
R. Randolph Neeley    Rand.Neeley@usdoj.gov, Annie.Williams@usdoj.gov;
DeeDee.Calhoon@usdoj.gov; Deloris.Aldridge@usdoj.gov; marsha.tunnell@usdoj.gov;
Antrena.Gardner@usdoj.gov
**2:06-cv-463 Notice will be delivered by other means to:**
Korea Witcher Johnson
2424 East 5th Street
Montgomery, AL 36106

RECEIVED

2006 AUG -7 P 1: 14

Korea Witcher Johnson

2424 East 5th Street
Montgomery, AL 36106

-------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KOREA WITCHER JOHNSON,    )
                          )
    Plaintiff,            )
                          )
    v.                    )    CIVIL ACTION NO.
                          )    2:06cv463-MHT
                          )        (WO)
FEDERAL BUREAU OF         )
INVESTIGATION,            )
                          )
    Defendant.           )

## OPINION

Plaintiff filed this lawsuit asserting that defendant Federal Bureau of Investigation failed to investigate the kidnapping of her children. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

The court adds that, not only is defendant Federal Bureau of Investigation immune from suit, plaintiff has simply failed to state a cognizable claim under federal law.

An appropriate judgment will be entered.

DONE, this the 2nd day of August, 2006.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE

MIME-Version:1.0 From:efile_notice@almd.uscourts.gov To:almd_mailout@almd.uscourts.gov Bcc:
Message-Id:<580254@almd.uscourts.gov>Subject:Activity in Case 2:06-cv-00463-MHT-VPM Johnson
v. Federal Bureau of Investigation (MAG+) "Memorandum Opinion and Order" Content-Type: text/html
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

## Alabama Middle District

Notice of Electronic Filing

The following transaction was received from djy, entered on 8/2/2006 at 12:17 PM CDT and filed on
8/2/2006

| | |
|---|---|
| **Case Name:** | Johnson v. Federal Bureau of Investigation (MAG+) |
| **Case Number:** | 2:06-cv-463 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
OPINION. Signed by Judge Myron H. Thompson on 8/2/06. (djy, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=8/2/2006] [FileNumber=580252-0]
[3c69d37b50b3e8b369a22c3e89eaa066cae0a431680d1e3ca541251a3f6074c4c3fce
f1604a58f103aad9424532412aaad4253f81038a1b37e09397854328308]]

**2:06-cv-463 Notice will be electronically mailed to:**
Leura Garrett Canary     leura.canary@usdoj.gov, bertha.moore@usdoj.gov
**2:06-cv-463 Notice will be delivered by other means to:**
Korea Witcher Johnson
2424 East 5th Street
Montgomery, AL 36106