IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 14  P 12: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KOREA WITCHER JOHNSON

Plaintiff,                                   CIVIL ACTION NO. 2: 06 CV 463 - MHT

Vs.

FEDERAL BUREAU OF INVESTIGATION

Defendants.

## NOTICE OF FILING

I, Korea Witcher Johnson is giving the UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION a certificate of service for the FEDERAL BUREAU OF INVESTIGATION ( SAC ) to received an order for good cause shown, dated May 25, 2006 and /s/ by Myron H. Thompson, UNITED STATES DISTRICT COURT JUDGE and to Attorneys OF RECORDS Electronic Noticing Mandatory in the District Court of Alabama. An order I, Korea Witcher filed on May 23, 2006. ( DOC # 1) dated June 5, 2006 and /s/



SCANNED
WJ 8/14/06

by VANZETTA PENN McPHERSON, UNITED STATES MAGISTRATE JUDGE. NOTE TO THE PUBLIC ACCESS USERS. Notice of electronic filing. The following transaction was received from cc, entered on 6/5/2006 at 12:58 PM CDT and filed on 6/5/2006 regarding a conference hearing I, Korea Witcher Johnson attended on June 27, 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. UNITED STATES Courthouse Complex, One Church Street, Montgomery, Alabama and a letter from THE FIRM OF COMPASSION, PC WILLIE FLORENCE, SR. ATTORNEY COUNSELOR AT LAW letter dated June 28, 2006 and signed by Sophia P. Richardson Legal Assistant to Attorney Willie Florence, Sr. regarding my son, MalcolmX Johnson Disability Claim that was a favorable decision. The FEDERAL BUREAU OF INVESTIGATION ( SAC ) for the STATE OF ALABAMA for Birmingham, Alabama fax number have change from ( 205 ) 715 - 0232 to ( 205 ) 279 - 1259. I, Korea Witcher Johnson will fax this Notice of Filing to the FEDERAL BUREAU OF INVESTIGATION ( SAC ) for the Birmingham, Alabama, Mobile, Alabama, and Washington, D.C. at my earliest convenience.

Signature: *Korea Witcher Johnson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 14  P 12: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KOREA WITCHER JOHNSON

    Plaintiff,

CIVIL ACTION NO. 2: 06 CV 463 - MHT

vs.

FEDERAL BUREAU OF INVESTIGATION

    Defendants.

CERTIFICATE OF SERVICE

I, Korea Witcher Johnson, was instructed by a special agent in charge to send by fax my entire court records CIVIL ACTION NUMBER 2:06CV463- MHT to the FEDERAL BUREAU OF INVESTIGATION J. Edgar Hoover BID 935 Pennsylvania Avenue Washington, D.C. (202) 535-0001, (202) 324- 3000, and Fax- Number is (202) 323 – 2079. The FEDERAL BUREAU OF INVESTIGATION in Washington, D.C. told me to also send entire court records to special agent in charge of the FEDERAL BUREAU OF INVESTIGATION SAC Mack office in Mobile, Alabama Fax – Number (251-415-3235 and Birmingham, Alabama FEDERAL BUREAU OF INVESTIGATION office special agent in charge Fax- Number (205) 715-0232. I, Korea Witcher Johnson has also fax my entire court records to CIVIL RIGHTS ATTORNEYS in Selma, Alabama, Social Security Administration, and Zebley Case Coordinators in Baltimore, Maryland.

Signature: *Korea Witcher Johnson*