IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NO. 06-14307-D

KOREA WITCHER JOHNSON,

                Plaintiff-Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION,

                Defendant-Appellee.

RECEIVED
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 20 2006
THOMAS K. KAHN
CLERK

Appeal from the United States District Court for the
Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-1(b), this appeal is hereby dismissed for want of prosecution because appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk and file a Transcript Order Form within the time fixed by the rules, effective this 20th day of September, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Nancy Holbrook
      Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

ORD-40